

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| WMN<br>F. #2013R01203 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

August 6, 2014

<u>By ECF</u>

| | |
|---|---|
| Marc A. Agnifilo<br>Brafman & Associates<br>767 Third Avenue<br>New York, NY 10017<br>212-750-7800<br>magnifilo@braflaw.com | Craig Carpenito<br>Alston & Brid, LLP<br>90 Park Avenue<br>New York, NY 10016<br>212-210-9400<br>craig.carpenito@alston.com |
| David Usher Gourevitch<br>950 Third Avenue<br>32nd Fl.<br>New York, NY 10022<br>212-355-1300<br>David@GourevitchLaw.com | Seth L. Levine<br>Levine Lee LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>212-223-4400<br>slevine@levinelee.com |
| E. Scott Morvillo<br>Morvillo LLP<br>565 Fifth Avenue<br>New York, NY 10017<br>212-880-9494<br>smorvillo@morvillolaw.com | Renato C. Stabile<br>Gerald B. Lefcourt, P.C.<br>148 East 78th Street<br>New York, NY 10075<br>212-737-0400<br>stabile@lefcourtlaw.com |

Joseph Tacopina
Law Offices of Joseph Tacopina, P.C.
275 Madison Avenue
35th Floor
New York, NY 10016
212-227-8877
info@tacopinalaw.com

   Re: United States v. Abraxas Discala, et al.
      <u>Criminal Docket No. 14-399 (ENV)</u>

Dear Counsel:

   Enclosed are two proposed stipulations regarding the handling of draft wiretap affidavits and certain discovery documents that contain personally identifiable information

("PII"). Please sign and return these stipulations so that the government can provide you with discovery in this case.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:    /s/
Walter M. Norkin
Shannon C. Jones
Winston M. Paes
Assistant U.S. Attorneys
(718) 254-6152/6379/6023

Encl.

cc. Clerk of Court (ENV) (w/Encl.)