WMP:WMN
F.#2013R01203

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ABRAXAS DISCALA, et al.,

        Defendant

<u>STIPULATION</u>

Cr. No. 14-399 (ENV)

- - - - - - - - - - - - - - - - - - - - - - - - - X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that:

1. Draft transcripts provided to the defendant by the United States or copies, redacted copies, or any portions thereof ("Draft Transcripts") cannot be used in any proceeding by any person, including persons who are not parties to the case;

2. The use of any Draft Transcripts by the defendant is limited to trial preparation for this case and the Draft Transcript may not be used at trial by the defendant in any form or for any purpose whatever, including use in cross-examination of any witness;

3. Draft Transcripts may not be furnished, directly or indirectly, by defendant or defense counsel, to anyone who

has not signed this stipulation, other than legal staff of an attorney who has signed this stipulation if such people agree not to furnish the Draft Transcripts to others.

    4.  All Draft Transcripts, including all copies of such transcripts, whether in the possession of defense counsel or defendants, will be returned to the United States when final transcripts are provided by the United States or when the jury is sworn in this case, whichever occurs first.

SO STIPULATED.

Dated:    Brooklyn, New York
          _____, 2014

                                      LORETTA E. LYNCH
                                      United States Attorney
                                      Eastern District of New York

                                  By:  _____
                                      Walter M. Norkin
                                      Shannon C. Jones
                                      Winston M. Paes
                                      Assistant U.S. Attorneys

_____
Name:

Attorney for
Defendant: