

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WMN
F. #2013R01203

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 18, 2014

By ECF

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

> Re:   United States v. Abraxas Discala, et al.
>        Criminal Docket No. 14-399 (ENV)

Dear Judge Vitaliano:

The discovery in this matter contains personal identifiable information ("PII") and the defendants have entered into the attached stipulations with the government regarding that discovery.   The government respectfully requests that Your Honor so order the stipulations.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:     /S/
Walter M. Norkin
Assistant U.S. Attorney
718-254-6152

Enclosures

cc:   All counsel (by ECF)