WMP:WMN
F.#2013R01203

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------ X

UNITED STATES OF AMERICA

   - against -

ABRAXAS DISCALA, et al.,

             Defendant

------------------------------ X

STIPULATION AND ORDER

Cr. No. 14-399 (ENV)

     WHEREAS, the discovery materials to be provided by the government in the above-captioned case (hereinafter, the "Discovery Materials") contain personal financial information and personally identifiable information (hereinafter "PII") regarding various specific individuals, including information relating to the bank accounts, addresses, social security numbers and dates of birth of those individuals,

     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that:

     1.   The Discovery Materials can be used by the defendant and their defense counsel in this matter only for purposes of trial preparation, defense at trial against the charges set forth in the above-captioned indictment, and any

related appellate matters arising from the above-referenced trial.

2. The defendant may possess a copy of the Discovery Materials except for those documents that contain PII. For Discovery Materials that contain PII, the defendant may not possess a copy unless the PII has been redacted from those documents. However, the defendant may review unredacted Discovery Materials in court or at the offices of their attorney.

3. Absent further order of the Court, the defendant and their defense counsel may not disclose or disseminate the Discovery Materials containing PII (even if the PII has been redacted) or any information contained in those documents to anyone who has not signed this Stipulation and Order, other than those of defense counsel's legal staff and any potential expert witnesses, vendors and/or investigators that have been advised of and agreed to be bound by the terms of this Stipulation and Order. If the defendant, their defense counsel, or any else who has received Discovery Materials containing PII from the defendant or their counsel pursuant to the terms of this Stipulation and Order seeks to make further disclosure or dissemination of the Discovery Materials with PII (even if the PII has been redacted), notice must first be provided to the government and the Court, and such notice must be given

sufficiently in advance of the contemplated disclosure or dissemination so as to permit briefing and argument on the propriety thereof.

4. In the event that the defendant seeks to file Discovery Material with the Court or otherwise use Discovery Material during a court proceeding, the defendant and their counsel will comply with Rule 49.1(a) of the Federal Rules of Criminal Procedure, will ensure that court transcripts are appropriately redacted to protect PII and financial information, and seek permission from the Court to offer the redacted versions of Discovery Material into evidence unless it is necessary to offer the unredacted version.

5. The defendant and their defense counsel will return to the government all copies of the Discovery Materials provided by the government through discovery in this case at the conclusion of this matter, specifically either within seven days of (a) a verdict of acquittal rendered by a jury, (b) the date

of sentencing if no appeal is filed or (c) the issuance of an appellate decision rendering a final judgment.

6. Any violation of this Stipulation and Order (a) will require the immediate return to the government of the Discovery Materials, and (b) may result in contempt of Court.

Dated:   Brooklyn, New York
         August 7, 2014

                                LORETTA E. LYNCH
                                United States Attorney
                                Eastern District of New York

                         By:    _____
                                Walter M. Norkin
                                Shannon C. Jones
                                Winston M. Paes
                                Assistant U.S. Attorneys

_____
Name:
Defendant

_____
Name: David Howrentick
Attorney for Defendant Ira Shapiro

So Ordered.

_____
THE HONORABLE ERIC N. VITALIANO
UNTIED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

4