# Sealed

# FINANCIAL AFFIDAVIT

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)
IN THE CASE OF

_____ v. _____

FILED
ENTERED
COUNSEL/PARTIES OF RECORD
FOR
AT JUL 17 14
CLERK US DISTRICT COURT
DISTRICT OF NV
BY: _____

| LOCATION NUMBER |
|---|
| |

PERSON REPRESENTED (Show your full name): Wexler

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge: 2-14-mj-469
District Court: D
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

## Income & Assets

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☑ Self-Employed
Name and address of employer: MEW Consulting
IF YES, how much do you earn per month? $ 6-7k est.
IF NO, give month and year of last employment? ___ How much did you earn per month? $___

If married, is your spouse employed? ☑ Yes ☐ No
IF YES, how much does your spouse earn per month? $ Self emp. Negligible
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, give the amount received and identify the sources: $ See Above

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, total amount? $___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
IF YES, give value and description for each: $ Est N.W. 2 mill +/- — All of the above

## Obligations & Debts

**DEPENDENTS**
MARITAL STATUS:
☐ Single
☑ Married
☐ Widowed
☐ Separated or Divorced
Total No. of Dependents: ___
List persons you actually support and your relationship to them: 2 minor children

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)
DESCRIPTION: Ave. est total 12k
TOTAL DEBT: $ est 800k +/-
MONTHLY PAYMENT: $ 3k +/- car, utility, etc

I certify under penalty of perjury that the foregoing is true and correct.

Signature: /s/ Mark Wexler
SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

Date: 7/17/14