# Sealed

# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 11/11)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)
IN THE CASE OF
_____ v. _____
FOR
AT

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
JUL 17 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____

PERSON REPRESENTED (Show your full name): **ABRAXAS J. DISCALA**

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

LOCATION NUMBER: _____

DOCKET NUMBERS
Magistrate Judge: 2:M-m, 469
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box): ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☒ Self-Employed
- Name and address of employer: **OmniView Capital Advisors LLC, Rowayton CT**
- IF YES, how much do you earn per month? $**25,000**
- IF NO, give month and year of last employment? _____
- How much did you earn per month? $_____
- If married, is your spouse employed? ☐ Yes ☒ No
- IF YES, how much does your spouse earn per month? $_____
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $_____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, give the amount received and identify the sources:
RECEIVED: **Don't know the amt — am having a full**
SOURCES: **financial report prepared**

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, total amount? $**100,000**

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, give value and description for each:
VALUE / DESCRIPTION: **I am having a full financial report prepared**

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☒ Single
☐ Married
☐ Widowed
☐ Separated or Divorced
Total No. of Dependents: **3**

List persons you actually support and your relationship to them:
**SELF**
**WIFE DOUNYA**
**CHILD EMMA 6wks**

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Mortgage | $1,200,000 | $6500.00 |
| Utilities | | $700.00 |
| Groceries | | $800.00 |
| Car Ins | | $2000.00 |
| 2 Gas Car Notes — Jeep / Mercedes | | $600.00 / $700.00 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): _____

Date: **July 17, 2014**