# EXHIBIT C

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
        - v. -                                              :
                                                            :
DARCY WEDD,                                                 :
FRASER THOMPSON,                                            :
CHRISTOPHER GOFF,                                           :
YOUNG JASON LEE, and                                        :
FRANCIS ASSIFUAH,                                           :
                                                            :
                                Defendants.                 X
------------------------------------------------------------
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 14, 2016
```

15 Cr. 616 (KBF)

ORDER

**KATHERINE B. FORREST**, United States District Judge:

Pursuant to a proceeding with the Court on 9/9/2016, it is hereby ORDERED as follows:

- The motion to suppress post-arrest statements by defendant Assifuah shall be filed not later than 10/25/2016. Any other motion to suppress shall be filed not later than 30 days after the completion of the "device" discovery.

- Once motions for the parties have been filed, the parties should confer and advise the Court of an agreed upon schedule for responses and replies.

- The <u>Jenks Act</u> material motion by defendant Thompson shall be filed not later than 10/25/2016. Once that motion is filed, the parties should confer and advise the Court of an agreed upon schedule for responses and replies.

- The next status conference is scheduled for 12/2/2016, at 2:00 p.m. At that time, if the parties believe a conference is not necessary, they should advise the Court and the matter will be adjourned.

- Expert disclosures from the Government are due not later than 1/9/2017. Defense expert disclosures are due not later than 2/9/2017. Motions to preclude experts may be brought on the same schedule as motions *in limine* (set forth below).
- Any Rule 404(b) Notice shall be provided to defendants not later than 2/10/2017.
- 3500 material shall be turned over to the defendants not later than 3/3/2017.
- Motions *in limine* are to be filed not later than 2/15/2017. Responses are due and the motions will be fully briefed not later than 2/22/2017.
- Pretrial materials, including proposed *voir dire*, proposed jury instructions, proposed stipulations, as well as witness and exhibit lists are due not later than 3/1/2017.
- The final pretrial conference is scheduled for 3/17/2017, at 2:00 p.m.
- Trial shall commence on 4/3/2017, at 9:00 a.m.
- Upon application of the Government and consented to by defendants, and as set forth on the record, time pursuant to 18 U.S.C. 3161 (h)(7)(A) of the Speedy Trial Act, is hereby excluded from 2/6/2017 to 4/3/2017. The Court finds the ends of justice are served by such an exclusion and that these ends

outweigh the interests of the public and defendants in a speedy trial.

SO ORDERED:

Dated:     New York, New York
           September 14, 2016

                                        _____
                                         KATHERINE B. FORREST
                                         United States District Judge