


**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SCJ
F. #2013R01203

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 3, 2017

By FedEx

Charles A. Ross, Esq.
Trinity Centre
111 Broadway, Suite 1401
New York, NY 10006

David Usher Gourevitch, Esq.
950 Third Avenue
32nd Fl.
New York, NY 10022

Amy Walsh, Esq.
Morvillo LLP
200 Liberty Street, 27th Floor
New York, NY 10281

Roland G. Riopelle
Sercarz & Riopelle LLP
810 Seventh Avenue, Suite 620
New York, NY 10019

Christopher Bruno
Bruno & Degenhardt
10615 Judicial Drive, Suite 703
Fairfax, VA 22030

Maranda E. Fritz, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 10017

Re: United States v. Discala, et al.
Criminal Docket No. 14-399 (S-1) (ENV)

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosures. The government again requests reciprocal discovery.

Please find enclosed records obtained by search warrant related to email addresses "ishapiro@codesmartgroup.com", "sfraney@codesmartgroup.com," "fkallert@codesmartgroup.com" and "rpatterson@codesm~rtgroup.com" obtained from GoDaddy.com, LLC (GD-000001 to GD-000208 and DOJ-CS-000000001 to DOJ-CS-000024180).

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

BRIDGET M. ROHDE
Acting United States Attorney

By: /s/
Shannon C. Jones
Patrick Hein
Assistant U.S. Attorneys
(718) 254-6379 (Jones)

Cc: Clerk of Court (ENV) (by ECF w/o attachments)