| Symbol | Company Name | Component | Sector | Industry | Prior Close | 5-Day Change | 4-Week Change | 52-Week Change | Market Cap |
|---|---|---|---|---|---|---|---|---|---|
| AERN | AER Energy Resources, Inc | OTC | Energy | Oil & Gas | $0.00 | 9900.00% | 9900.00% | 900.00% | 1.4M |
| ALEV | Alpha Lujo Inc | OTC | Consumer Cyclicals | Other Specialty Retailers | $0.20 | 900.00% | 900.00% | 700.00% | 5.2M |
| APHE | Alpha Energy Inc | OTC | Energy | Oil & Gas | $2.30 | 27.72% | 556.86% | -- | 39.1M |
| ARAO | AuraSource Inc | OTC | Basic Materials | Construction Materials | $0.25 | 4.18% | 453.33% | 77.86% | 15.0M |
| ARWD | Arrow Resources Development Inc. | OTC | Industrials | Professional & Commercial Services | $0.02 | 460.00% | 2233.33% | 2000.00% | 16.1M |
| ASGXF | Asia Global Crossing Ltd. | OTC | Telecommunication Services | Telecommunications Services | $0.00 | 0.00% | 650.00% | 1400.00% | 102.8K |
| BAJFF | CAMROVA RESOURCES INC | | | | $0.06 | 10.78% | 5036.36% | -29.38% | 961.1K |
| BBLKF | Britannia Bulk Holdings Inc | OTC | Industrials | Freight & Logistics Services | $0.00 | 0.00% | 600.00% | -63.16% | 18.9K |
| BESNQ | Blue Earth Solutions, Inc. | OTC | Basic Materials | Chemicals | $0.00 | 1150.00% | 1150.00% | 257.14% | 80.1K |
| BGII | BGI, Inc. | OTC | Industrials | Professional & Commercial Services | $0.00 | -53.85% | 320.00% | 100.00% | 61.7K |
| BKMM | Bekem Metals, Inc. | OTC | Basic Materials | Metals & Mining | $0.01 | 480.00% | 480.00% | 132.00% | 869.9K |
| CARAF | CARACARA SILVER INC | | | | $0.01 | 27.94% | 770.00% | -13.00% | 451.5K |
| CBRJ | Carbon Race Corp. | OTC | Consumer Cyclicals | Automobiles & Auto Parts | $0.00 | 0.00% | 1185.71% | 8900.00% | 78.4K |
| CHGS | China Gengsheng Minerals Inc | OTC | Basic Materials | Construction Materials | $0.00 | 0.00% | 650.00% | 50.00% | 40.2K |
| CHHL | China Holdings, Inc. | OTC | Financials | Real Estate Operations | $0.00 | 0.00% | 400.00% | 66.67% | 93.3K |
| CHMR | Chimera Energy Corp | OTC | Energy | Oil & Gas Related Equipment and Services | $0.00 | 0.00% | 900.00% | 0.00% | 6.6K |
| CHOPF | China Gerui Adv Mtals Grp Ltd | OTC | Basic Materials | Metals & Mining | $0.10 | 354.55% | 455.56% | 42.86% | 593.9K |
| CLIS | Clickstream Corp | OTC | Basic Materials | Metals & Mining | $0.02 | -11.63% | 341.86% | -72.06% | 1.6M |
| CPLT | CommercePlanet, Inc. | OTC | Consumer Cyclicals | Media & Publishing | $0.00 | 0.00% | 900.00% | 0.00% | 228 |
| CSTU | ColorStars Group | OTC | Industrials | Machinery, Equipment & Components | $0.15 | -19.64% | 403.33% | 401.66% | 10.2M |
| CTPR | CTPartners Executive Search Inc | OTC | Industrials | Professional & Commercial Services | $0.00 | 9900.00% | 9900.00% | 900.00% | -- |
| DBDIF | DEBUT DIAMONDS INC COM | | | | $0.02 | 0.00% | 494.59% | 107.55% | 4.5M |
| DFTS | Defense Technology Systems, Inc. | OTC | Industrials | Machinery, Equipment & Components | $0.00 | 0.00% | 900.00% | 900.00% | 39.8K |
| DLAD | DealerAdvance, Inc. | OTC | Technology | Software & IT Services | $0.00 | 0.00% | 900.00% | 0.00% | 986.3K |
| DMSI | Dermisonics, Inc. | OTC | Healthcare | Healthcare Equipment & Supplies | $0.01 | 1566.67% | 733.33% | 975.27% | 639.1K |
| EOSC | Electro Optical Systems | OTC | Technology | Electronic Equipment & Parts | $0.00 | 0.00% | 9900.00% | 0.00% | -- |
| ETER | Enterra Corp | OTC | Basic Materials | Metals & Mining | $0.14 | 0.00% | 363.33% | 178.00% | 9.1M |
| FDEI | Fidelis Energy Inc. | OTC | Energy | Oil & Gas | $0.00 | 900.00% | 900.00% | 900.00% | 249.8K |
| FDIT | Findit Inc | OTC | Technology | Software & IT Services | $0.04 | -18.36% | 308.20% | 160.00% | 13.9M |
| FEXXF | FJORDLAND EXPLORATION INC | | | | $0.46 | 3.87% | 426.56% | 8.57% | 13.1M |
| FGLD | Focus Gold Corp | OTC | Basic Materials | Metals & Mining | $0.00 | 0.00% | 900.00% | 0.00% | 181.8K |
| FMBV | Full Motion Beverage Inc. | OTC | Consumer Non-Cyclicals | Beverages | $0.01 | 0.00% | 446.67% | 583.33% | 1.5M |
| GCHT | GC China Turbine Corp. | OTC | Energy | Renewable Energy | $0.00 | 0.00% | 9900.00% | 9900.00% | 59.5K |
| GELV | Green Energy Live, Inc. | OTC | Energy | Renewable Energy | $0.03 | 3614.29% | 409.80% | 2066.67% | 60.1K |
| GSPT | Golden Star Enterprises Ltd | OTC | Consumer Cyclicals | Media & Publishing | $0.09 | 0.00% | 500.00% | 350.00% | 1.7M |
| GTLL | Global Technologies, Ltd. | OTC | Technology | Software & IT Services | $0.00 | 0.00% | 900.00% | 900.00% | 310.5K |
| GWPC | Wholehealth Products Inc | OTC | Healthcare | Healthcare Equipment & Supplies | $0.05 | 150.00% | 400.00% | 4900.00% | 23.4M |
| GYPHQ | Gryphon Gold Corp | OTC | Basic Materials | Metals & Mining | $0.02 | 141.92% | 348.89% | 1022.22% | 3.9M |
| HTSF | Heartsoft, Inc. | OTC | Technology | Software & IT Services | $0.00 | 0.00% | 900.00% | 9900.00% | 18.0K |
| IMRSQ | Imaging Canada Liquidating Corp | | Healthcare | Healthcare Equipment & Supplies | $0.01 | 695.45% | 316.67% | 82.29% | 547.7K |
| INFX | Infinex Ventures, Inc. | OTC | Basic Materials | Metals & Mining | $0.00 | 900.00% | 900.00% | -80.00% | 23.0K |
| IOMT | Isomet Corporation | OTC | Technology | Communications & Networking | $0.02 | 39900.00% | 39900.00% | 100.00% | 40.8K |
| IPLB | iPure Labs Inc | OTC | Energy | Oil & Gas | $0.42 | 100.00% | 669.23% | 740.00% | 707.3K |
| IPOW | IPOWorld | OTC | Technology | Software & IT Services | $0.02 | 0.00% | 19900.00% | -80.00% | 550.0K |
| IPWG | International Power Group, Ltd. | OTC | Industrials | Professional & Commercial Services | $0.00 | 900.00% | 900.00% | 900.00% | 818.4K |
| ITLI | Intelligentias, Inc. | OTC | Technology | Software & IT Services | $0.00 | 0.00% | 900.00% | -90.00% | 10.1K |
| JDOGQ | John D. Oil and Gas Co. | OTC | Energy | Oil & Gas | $0.00 | 0.00% | 500.00% | -94.55% | 544 |
| KURU | Kun Run Biotechnology, Inc. | OTC | Healthcare | Pharmaceuticals | $5.00 | 19900.00% | 19900.00% | 19900.00% | 125.0M |
| LZENF | Lizhan Environmental Corporation | OTC | Consumer Cyclicals | Textiles & Apparel | $0.01 | 620.72% | 620.72% | 128.57% | 109.2K |
| MDAW | Media Way Corp. | OTC | Technology | Software & IT Services | $0.00 | 0.00% | 900.00% | 0.00% | 7.8K |
| MGTC | Megatech Corporation | OTC | Industrials | Professional & Commercial Services | $0.12 | 499.00% | 499.00% | 1098.00% | 462.5K |
| MSMY | MC Endeavors Inc | | Consumer Cyclicals | Homebuilding & Construction Supplies | $0.01 | 124.24% | 393.33% | 2366.67% | 2.2M |
| MWWC | Marketing Worldwide Corp | OTC | Consumer Cyclicals | Automobiles & Auto Parts | $0.00 | 0.00% | 900.00% | 0.00% | 4.0K |

| Ticker | Name | Market | Sector | Industry | Price | Chg1 | Chg2 | Chg3 | Vol |
|---|---|---|---|---|---|---|---|---|---|
| MXTRF | MONTERO MINING & EXPLORATION | | | | $0.14 | 654.44% | 654.44% | 324.38% | 1.4M |
| NIUWF | NSI N V SHS | | | | $38.35 | 0.00% | 851.61% | 824.10% | 704.3M |
| ORNC | Oranco Inc | OTC | Financials | Holding Companies | $1.00 | 376.19% | 376.19% | 96.08% | 4.3M |
| PACC | Pacific CMA, Inc. | OTC | Industrials | Freight & Logistics Services | $0.15 | 0.00% | 1400.00% | 14900.00% | 4.3M |
| PCOGF | PANCONTINENTAL OIL & GAS NL SHS | | | | $0.01 | 20.00% | 5900.00% | 5900.00% | 31.6M |
| PMAH | PlasmaTech Inc | OTC | Industrials | Professional & Commercial Services | $0.00 | 400.00% | 400.00% | 0.00% | 7.1K |
| PROXQ | FPC I Corp | OTC | Industrials | Aerospace & Defense | $0.00 | 0.00% | 9900.00% | 9900.00% | 33.8K |
| PRRT | Paramount Supply Inc | OTC | Consumer Cyclicals | Textiles & Apparel | $25.00 | 0.00% | 62400.00% | -- | 125.0M |
| PTOG | Petrotech Oil & Gas Inc | OTC | Energy | Oil & Gas Related Equipment and Services | $0.00 | 500.00% | 500.00% | 500.00% | 60.6K |
| PWNX | Powerlinx Inc. | OTC | Technology | Communications & Networking | $0.00 | 9900.00% | 9900.00% | 900.00% | 6.8K |
| REPO | National Asset Recovery Corp | OTC | Technology | Software & IT Services | $0.00 | 0.00% | 400.00% | 1900.00% | 305.1K |
| REVO | Revolutionary Concepts, Inc. | | | Technology | Communications & Networking | $0.00 | 900.00% | 900.00% | 11.11% | 982.3K |
| RGBOQ | ReGen Biologics, Inc. | OTC | Healthcare | Healthcare Equipment & Supplies | $0.01 | 0.00% | 445.45% | 445.45% | 58.7K |
| RLTR | Reeltime Rentals Inc. | | Consumer Non-Cyclicals | Personal & Household Products & Services | $0.04 | 250.00% | 3400.00% | 16.67% | 3.0M |
| RMRK | Rimrock Gold Corp | OTC | Basic Materials | Metals & Mining | $0.00 | 11.11% | 900.00% | 900.00% | 780.8K |
| RNBI | RAINBOW INTERNATIONAL CORP | OTC | Consumer Non-Cyclicals | Food & Tobacco | $0.00 | 0.00% | 900.00% | -75.00% | 81.5K |
| SAFS | Safer Shot, Inc. | OTC | Financials | Holding Companies | $0.00 | 0.00% | 900.00% | 0.00% | 111.0K |
| SAVXD | Sahaviriya Steel Industries PCL (ADR) | | Basic Materials | Metals & Mining | $5.15 | 0.00% | 17720.07% | 1682.01% | 286.6M |
| SEEK | TheDirectory.com Inc | OTC | Technology | Software & IT Services | $0.00 | 0.00% | 900.00% | 0.00% | 847.1K |
| SKBI | Skystar Bio-Pharmaceutical Company | OTC | Healthcare | Biotechnology & Medical Research | $0.01 | 100.00% | 9900.00% | -94.15% | 87.0K |
| SNWR | Sanwire Corp | | Basic Materials | Metals & Mining | $0.03 | 4900.00% | 4900.00% | 2400.00% | 1.4M |
| SOUPQ | Soupman Inc | OTC | Consumer Non-Cyclicals | Food & Tobacco | $0.02 | -41.59% | 1491.67% | -22.04% | 5.5M |
| SVSE | Silver Star Energy, Inc. | OTC | Energy | Oil & Gas | $0.00 | 0.00% | 900.00% | 0.00% | 9.6K |
| SYUP | ANBC Inc | OTC | Healthcare | Pharmaceuticals | $0.07 | 0.00% | 443.33% | -68.11% | 1.6M |
| TBACQ | Tandy Brands Accessories, Inc. | OTC | Consumer Cyclicals | Textiles & Apparel | $0.02 | -24.24% | 1263.64% | 971.43% | 107.4K |
| THLT | TechLite, Inc. | OTC | Industrials | Construction & Engineering | $0.00 | 0.00% | 900.00% | 900.00% | 14.7K |
| TMCGF | TOMCO ENERGY PLC ORD SHS | | | | $0.06 | -15.38% | 5400.00% | 5400.00% | 1.6M |
| TNPH | Tian'an Pharmaceutical Co Ltd | OTC | Healthcare | Pharmaceuticals | $0.03 | 0.00% | 400.00% | -50.00% | 419.9K |
| TQLA | Montalvo Spirits Inc | OTC | Consumer Non-Cyclicals | Beverages | $0.00 | 0.00% | 900.00% | -99.17% | 7.5K |
| URPLF | NEW KLONDIKE EXPLORATION LTD | | | | $0.00 | 0.00% | 900.00% | 0.00% | 2.0K |
| WLSI | Wellstar International Inc | OTC | Healthcare | Healthcare Equipment & Supplies | $0.00 | -50.00% | 400.00% | -95.00% | 433.2K |
| YNSKF | KING STONE ENERGY GROUP LTD SHS NEW | | | | $0.02 | 1900.00% | 1900.00% | 0.00% | 140.2M |
| YUSG | Yus International Group Ltd | OTC | Consumer Cyclicals | Media & Publishing | $2.20 | -2.22% | 3900.00% | 46.67% | 15.0M |

Price data as of close, September 13, 2017

Results generated on September 14, 2017