9/5/2017 Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses and Consulting Products Named the Exclusive Partner of Binghamto…

Case 1:14-cr-00306-ENV Document 852-7 Filed 09/15/17 Page 1 of 3 PageID #: 2033

# Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses and Consulting Products Named the Exclusive Partner of Binghamton University for ICD-10 Services

May 28, 2013 08:45 ET | **Source:** The Codesmart Group, Inc.

NEW YORK, May 28, 2013 (GLOBE NEWSWIRE) -- First Independence Corp. (OTCQB:FICF), with its subsidiary, The Codesmart Group, Inc. (collectively, "CodeSmart"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that its CODESMART™ UNIVERSITY product is the exclusive strategic partner for ICD-10 education and consulting services to Binghamton University, part of the State University of New York ("SUNY") system, which will exclusively market and provide CODESMART™ UNIVERSITY products to their students in the School of Continuing Education. Binghamton is also responsible for distributing CODESMART™ to all SUNY schools under their umbrella. There are over 60 SUNY schools in the system in New York who can market CODESMART™ UNIVERSITY. Binghamton will lead that process of offering CODESMART™ statewide.

"Binghamton University has already begun to offer CODESMART™ UNIVERSITY programs for both experienced coders and new coders through its School of Continuing Education," said Ira Shapiro, Chairman and CEO of CODESMART™. "Binghamton University will also serve as the distribution channel to all SUNY schools throughout New York State."

One of the State Universities of New York, Binghamton University offers students a broad, interdisciplinary education with an international perspective and one of the most vibrant research programs in the nation. Ranked among the elite public universities in the country, Binghamton University challenges students academically, not financially, in its unique, best-of-both-worlds environment.

### ICD-10

ICD-10, or the tenth revision of the International Classification of Diseases is a World Health Organization-approved designation of the aspects of disease treatment that include categories of diseases and treatment modalities for them, broken down in to more than 141,000 designations. The previous ICD had only 17,000 codes, diagnoses and procedures. The United States is among

Case 1:14-cr-00300-ENV Document 852-7 Filed 09/15/17 Page 2 of 3 PageID #: 2034

the last countries in the world to adopt these standards, but the Department of Health and Human Services has mandated that all medical practices, hospitals and other medical record keeping organization be trained and ICD-10 compliant by October 1, 2014. This is essential as the Center for Medicare and Medicaid services will also be adopting the ICD-10 standard and will require proper medical coding in order to provide reimbursement.

**About CodeSmart**

First Independence Corp. (OTCQB:FICF) with its subsidiary, The Codesmart™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CodeSmart Group, Inc. also provides solutions for ICD-10 transitions, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit [www.codesmartuniversity.org](www.codesmartuniversity.org)

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
David Briones

908-370-5102

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

**Newswire Distribution Network & Management**

- Home
- Newsroom

Case 1:14-cr-00398-ENV Document 852-7 Filed 09/15/17 Page 3 of 3 PageID #: 2035

- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.