# Codesmart(TM) Group's CODESMART(TM) UNIVERSITY Clinician ICD-10 Courses Receive Approval for Continuing Education Units by Top Two Medical Coding Associations

Codesmart(TM) University Setting Industry Standards for ICD-10 Accreditation

*May 14, 2013 08:35 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, May 14, 2013 (GLOBE NEWSWIRE) -- First Independence Corp, with its subsidiary, The Codesmart™ Group, Inc. (OTCQB:FICF) (collectively, "Codesmart™"), a newly publicly traded ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line training solution and customizable training solutions, announces today that its CODESMART™ UNIVERSITY programs of study are now eligible for Continuing Education Units ("CEU") for existing coders, as certified by the two major certification bodies for medical coding, the Association of Professional Coders ("APPC") and the American Health Information Management Association ("AHIMA").

"With the two best recognized licensing organizations offering CEU credit, which medical coder members are required to obtain on a yearly basis in order to maintain their certifications, this is an acknowledgement that CODESMART™ UNIVERSITY may be considered the "Gold Standard" of ICD-10 education," said Ira Shapiro, Chairman and CEO of Codesmart™. "Our methodology is integrated and flexible and it allows for any kind of adult learner to succeed in learning this information in any of our programs of study whether they are physicians, nurses, medical coders, or a new student looking to embark on a career in medical coding."

ICD-10, or the tenth revision of the International Classification of Diseases is a World Health Organization-approved designation of the aspects of disease treatment that include categories of diseases and treatment modalities for them, broken down into more than 141,000 designations. The previous ICD had only 17,000 codes, diagnoses and procedures. The United States is among the last countries in the world to adopt these standards, but the Department of Health and Human Services has mandated that all medical practices, hospitals and other medical record keeping organization be trained and ICD-10 compliant by October 1, 2014. This is essential as the Center for Medicare and Medicaid services will also be adopting the ICD-10 standard and will require proper medical coding in order to provide reimbursement.

AAPC was founded in 1988 to provide education and professional certification to physician-based medical coders and to elevate the standards of medical coding by providing student training, certification, ongoing education, networking, and job opportunities. Since then, AAPC has

9/5/2017    Codesmart (TM) Group-s CODESMART (TM) UNIVERSITY Clinician ICD-10 Courses Receive Approval for Continuing Education Units by Top Tw…

Case 1:14-cv-08390-ENV    Document 352    Filed 09/15/17    Page 2 of 124 PageID #: 2637

expanded beyond coding to include training and credentials in documentation and coding audits, regulatory compliance, and physician practice management. Currently, AAPC has a membership base of 121,000 worldwide, of which more than 90,000 are certified.

AAPC credentialed coders have proven mastery of all code sets, evaluation and management principles, and documentation guidelines. CPC's and other AAPC credentialed coders represent the best in outpatient coding.

Celebrating its 85th anniversary this year, the AHIMA represents more than 67,000 educated health information management professionals in the United States and around the world. AHIMA is committed to promoting and advocating for high quality research, best practices and effective standards in health information and to actively contributing to the development and advancement of health information professionals worldwide. AHIMA's enduring goal is quality healthcare through quality information.

**About First Independence Corp. and The Codesmart Group, Inc.**

First Independence Corp, with its subsidiary, The Codesmart™ Group, Inc. (OTCQB:FICF) is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited University, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and Universities nationwide for their quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transitions, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum. To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
CEO and Chairman
First Independence Corp.
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
David Briones

908-370-5102

Media Contact:
Jules Abraham
```

JQA Partners, LLC

917-885-7378

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cr-00899-ENV Document 332-8 Filed 05/25/17 Page 4 of 124 PageID #: 2039

# Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses and Consulting Products Named the Exclusive Provider of ICD-10 Services at University of Central Florida Regional Extension Center

*May 16, 2013 08:45 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, May 16, 2013 (GLOBE NEWSWIRE) -- First Independence Corp. (OTCBB:FICF), with its subsidiary, The Codesmart Group, Inc. (collectively, "CodeSmart"), a premiere ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that its CODESMART™ UNIVERSITY product is the exclusive strategic partner for ICD-10 education and consulting services to the University of Central Florida Regional Extension Center (UCF-REC). UCF-REC will offer CODESMART™ UNIVERSITY and exclusively market and distribute all CODESMART™ Group products to their members, including outsourced coding, ICD-10 transitional consulting, revenue cycle and clinical documentation improvement.

"UCF-REC serves more than 3,000 physician members and their staff, as well as the schools of medicine who utilize the Center to facilitate the implementation of electronic health records and ICD-10. We look forward to offering our educational programs to the thousands of people in the central Florida region who will require some level of ICD-10 training," said Ira Shapiro, Chairman and CEO of CodeSmart. "They will be a proactive distribution partner that they have already begun to market the availability CODESMART™ UNIVERSITY by lining up an initial seminar for more than 200 physicians at the end of May for us to introduce ICD-10."

UCF-REC is part of a national effort to provide technical assistance to primary care providers in Central Florida who are to become meaningful users of electronic health records. UCF-REC is one of the 62 organizations established across the country to facilitate the adoption, implementation and meaningful use of electronic health records systems . It employs proven strategies and established best practices in its work with both primary care and specialist providers across Central Florida, including Brevard, Lake, Orange, Osceola, Polk, Seminole and Volusia counties.

**ICD-10**

ICD-10, or the tenth revision of the International Classification of Diseases is a World Health Organization-approved designation of the aspects of disease treatment that include categories of

9/5/2017    Codesmart(TM) Group s CODESMART (TM) UNIVERSITY ICD-10 Courses and Consulting Products Named the Exclusive Provider of ICD-10 Se…

Case 1:14-cv-00899-ENV Document 392-30 Filed 09/25/17 Page 5 of 124 PageID #: 2040

diseases and treatment modalities for them, broken down in to more than 141,000 designations. The previous ICD had only 17,000 codes, diagnoses and procedures. The United States is among the last countries in the world to adopt these standards, but the Department of Health and Human Services has mandated that all medical practices, hospitals and other medical record keeping organization be trained and ICD-10 compliant by October 1, 2014. This is essential as the Center for Medicare and Medicaid services will also be adopting the ICD-10 standard and will require proper medical coding in order to provide reimbursement.

**About The Codesmart Group, Inc.**

First Independence Corp. (OTCBB:FICF) with its subsidiary, The Codesmart™ Group, is the premiere national subject matter expert for ICD-10 education and compliance in the United States. Its premiere product, CODESMART™ UNIVERSITY is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited University, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CodeSmart Group, Inc. also provides solutions for ICD-10 transitions, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
David Briones

908-370-5102

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

Case 1:14-cr-00899-ENV　Document 352-8　Filed 09/25/17　Page 6 of 124 PageID #: 2044

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# Codesmart Group's CODESMART(TM) UNIVERSITY Receives Endorsement From HIMSS as a Top ICD-10 Training Solution

*May 21, 2013 08:35 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, May 21, 2013 (GLOBE NEWSWIRE) -- First Independence Corp. (OTCQB:FICF), with its subsidiary, The Codesmart Group, Inc. (collectively, "CodeSmart"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that its CODESMART™ UNIVERSITY product has received an endorsement from the Health Information and Management Systems Society (HIMSS), as the featured education solution for ICD-10 education and training solutions for the HIMSS ICD-10 playbook. The ICD-10 playbook of HIMSS is the industry's most recognized resource for the entire industry to help identify potential ICD-10 solutions for healthcare providers nationally.

"An endorsement from an organization such as HIMSS, which is a global leader in optimizing the use of information technology for the improvement of healthcare is further confirmation that CODESMART™ UNIVERSITY has taken the leadership role in preparing the medical industry for the coming ICD-10 switch," said Ira Shapiro, Chairman and CEO of CodeSmart. "Clearly the on-line accessibility of CODESMART™ UNIVERSITY, coupled with a flexible methodology allowing for every kind of learner, in every context, is supportive of HIMSS's initiative to provide best practices solutions for ICD-10, and is supportive to its membership and all other medical professionals that would benefit from the education and training."

ICD-10, or the tenth revision of the International Classification of Diseases is a World Health Organization-approved designation of the aspects of disease treatment that include categories of diseases and treatment modalities for them, broken down in to more than 141,000 designations. The previous ICD had only 17,000 codes, diagnoses and procedures. The United States is among the last countries in the world to adopt these standards, but the Department of Health and Human Services has mandated that all medical practices, hospitals and other medical record keeping organization be trained and ICD-10 compliant by October 1, 2014. This is essential as the Center for Medicare and Medicaid services will also be adopting the ICD-10 standard and will require proper medical coding in order to provide reimbursement.

HIMSS is a cause-based, not-for-profit organization exclusively focused on providing global leadership for the optimal use of information technology (IT) and management systems for the

betterment of healthcare. Founded 52 years ago, HIMSS and its related organizations are headquartered in Chicago with additional offices in the United States, Europe and Asia. HIMSS represents nearly 50,000 individual members, of which more than two thirds work in healthcare provider, governmental and not-for-profit organizations. HIMSS also includes over 570 corporate members and more than 225 not-for-profit partner organizations that share our mission of transforming healthcare through the effective use of information technology and management systems. HIMSS frames and leads healthcare practices and public policy through its content expertise, professional development, research initiatives, and media vehicles designed to promote information and management systems' contributions to improving the quality, safety, access, and cost-effectiveness of patient care.

## About CodeSmart

First Independence Corp. (OTCQB:FICF) with its subsidiary, The Codesmart™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CodeSmart Group, Inc. also provides solutions for ICD-10 transitions, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit
www.codesmartuniversity.org

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
David Briones

908-370-5102

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

Case 1:14-cr-00995-ENV Document 352-3 Filed 09/13/17 Page 9 of 124 PageID #: 2844

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cr-00399-ENV   Document 352-8   Filed 09/15/17   Page 10 of 124 PageID #: 2045

# Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses and Consulting Products Named the Exclusive Partner of ICD-10 Services Through Polk State College

*May 23, 2013 08:35 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, May 23, 2013 (GLOBE NEWSWIRE) -- First Independence Corp. (OTCQB:FICF), with its subsidiary, The Codesmart Group, Inc. (collectively, "CodeSmart"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that its CODESMART™ UNIVERSITY product is the exclusive strategic partner for ICD-10 education and consulting services to Polk State College, a Florida State school, which will privately label CODESMART™ UNIVERSITY and exclusively market and distribute all CodeSmart products to their students.

Polk State College has already brought one of the largest physician practices in the Polk County, FL area (more than 80 physicians) to begin ICD-10 training for their employees.

"Polk State College has already begun a very aggressive marketing campaign to sell CodeSmart products, and they have already yielded success in bringing in new students," said Ira Shapiro, Chairman and CEO of CodeSmart. "They have also obtained Workforce One funding through their Polk Works programs, all of which provides financial subsidies directly from the county for training coders and physicians within the Polk County community. This funding assistance will be provided for provider organizations that contract with CodeSmart through Polk State College."

Polk State College is a multi-campus institution serving over 20,000 students with Bachelor of Applied Science, Bachelor of Science, Associate in Arts and Associate in Science degrees, as well as a wide range of certificate and workforce training options. Polk State College also operates three charter high schools. Polk State College, a quality driven institution, transforms lives through the power of education by providing access to affordable associate and baccalaureate degrees, career certificates and workforce employment programs, delivered by diversed, qualified faculty and staff.

**ICD-10**

ICD-10, or the tenth revision of the International Classification of Diseases is a World Health Organization-approved designation of the aspects of disease treatment that include categories of

diseases and treatment modalities for them, broken down in to more than 141,000 designations. The previous ICD had only 17,000 codes, diagnoses and procedures. The United States is among the last countries in the world to adopt these standards, but the Department of Health and Human Services has mandated that all medical practices, hospitals and other medical record keeping organization be trained and ICD-10 compliant by October 1, 2014. This is essential as the Center for Medicare and Medicaid services will also be adopting the ICD-10 standard and will require proper medical coding in order to provide reimbursement.

## About CodeSmart

First Independence Corp. (OTCQB:FICF) with its subsidiary, The Codesmart™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The Codesmart Group, Inc. also provides solutions for ICD-10 transitions, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
David Briones

908-370-5102

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses to be Adopted by The Ballard Group, Inc.

*May 30, 2013 08:35 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, May 30, 2013 (GLOBE NEWSWIRE) -- First Independence Corp. (OTCQB:FICF), with its subsidiary, The Codesmart Group, Inc. (collectively, "CodeSmart"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that its CODESMART™ UNIVERSITY product has been adopted by the noted QA and Healthcare IT consulting group, The Ballard Group, Inc.

"Our CODESMART™ UNIVERSITY products are designed to work seamlessly in a variety of contexts, whether through a university system or through other consulting groups that specialize in the healthcare field," said Ira Shapiro, Chairman and CEO of CodeSmart. "The Ballard Group has an excellent reputation in the healthcare IT consulting world, and through CODESMART™ UNIVERSITY, they will empower potentially thousands of current and potential coders in a wide variety of contexts."

According to CEO Marini Ballard, "The Ballard Group is very pleased to team with CodeSmart to offer our clients a full range of ICD-10 services. We believe CODESMART™ UNIVERSITY is the most robust and interactive training program in the industry to prepare clinicians, coders, and even non-coders for the effective use of ICD-10 codes. When paired with The Ballard Group's IT consulting services, our joint clients will be helped with addressing a broad range of challenges associated with implementing ICD-10."

Since 1998, The Ballard Group has provided exceptional services to both the private and public sectors. They are dedicated to providing their customers with outstanding consultation services and reliable results. They are committed to offering innovative products and creative approaches to help your projects succeed, faster. They continue to earn our clients' trust by keeping our focus on their business objectives. Their business focuses around three key areas: Software Testing, Quality Assurance, and Healthcare Initiatives.

**ICD-10**

ICD-10, or the tenth revision of the International Classification of Diseases is a World Health Organization-approved designation of the aspects of disease treatment that include categories of diseases and treatment modalities for them, broken down in to more than 141,000 designations.

The previous ICD had only 17,000 codes, diagnoses and procedures. The United States is among the last countries in the world to adopt these standards, but the Department of Health and Human Services has mandated that all medical practices, hospitals and other medical record keeping organization be trained and ICD-10 compliant by October 1, 2014. This is essential as the Center for Medicare and Medicaid services will also be adopting the ICD-10 standard and will require proper medical coding in order to provide reimbursement.

## About Codesmart

First Independence Corp. (OTCQB:FICF) with its subsidiary, The Codesmart Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The Codesmart Group, Inc. also provides solutions for ICD-10 transitions, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit
www.codesmartuniversity.org

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor and Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

Case 2:15-cr-00395-ENV   Document 552-8   Filed 09/15/17   Page 15 of 124 PageID #: 2650

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

9/5/2017          Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses and Consulting Products Named the Exclusive Partner of Ramapo C…

Case 1:14-cr-00599-ERW   Document 332-3   Filed 09/13/17   Page 16 of 124 PageID #: 2091

# Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses and Consulting Products Named the Exclusive Partner of Ramapo College for ICD-10 Services

*June 04, 2013 08:45 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, June 4, 2013 (GLOBE NEWSWIRE) -- First Independence Corp. (OTCQB:FICF), with its subsidiary, The Codesmart Group, Inc. (collectively, "CodeSmart"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that its CODESMART™ UNIVERSITY product is the exclusive strategic partner for ICD-10 education and consulting services to Ramapo College in Northern New Jersey, which will exclusively market and provide CODESMART™ UNIVERSITY products to their students at their Center for Innovative and Professional Learning.

"We have specifically designed our CODESMART™ UNIVERSITY products to work seamlessly in a variety of contexts, whether through a university system or through other consulting groups that specialize in the healthcare field," said Ira Shapiro, Chairman and CEO of CodeSmart. "Our partnership with Ramapo College is our first in Northern New Jersey, and we believe that this partnership, along with the numerous medical educations venues with which Ramapo is affiliated, will help to prepare the region for the challenges ahead with regard to ICD-10 certification."

Ranked by *U.S. News & World Report* as sixth in the Best Regional Universities North category, Ramapo College of New Jersey is sometimes mistaken for a private college. Established in 1969, Ramapo College offers bachelor's degrees in the arts, business, humanities, social sciences and the sciences, as well as in professional studies, which include nursing and social work. In addition, Ramapo College offers courses leading to teacher certification at the elementary and secondary levels. The College also offers six graduate programs as well as articulated programs with the University of Medicine and Dentistry of New Jersey, New York Chiropractic College, New York University College of Dentistry, SUNY State College of Optometry and New York College of Podiatric Medicine.

**ICD-10**

ICD-10, or the tenth revision of the International Classification of Diseases is a World Health Organization-approved designation of the aspects of disease treatment that include categories of diseases and treatment modalities for them, broken down in to more than 141,000 designations.

The previous ICD had only 17,000 codes, diagnoses and procedures. The United States is among the last countries in the world to adopt these standards, but the Department of Health and Human Services has mandated that all medical practices, hospitals and other medical record keeping organization be trained and ICD-10 compliant by October 1, 2014. This is essential as the Center for Medicare and Medicaid services will also be adopting the ICD-10 standard and will require proper medical coding in order to provide reimbursement.

## About Codesmart

First Independence Corp. (OTCQB:FICF) with its subsidiary, The Codesmart Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The Codesmart Group, Inc. also provides solutions for ICD-10 transitions, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor and Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

Case 1:14-cr-00399-ENV Document 352-8 Filed 09/13/17 Page 18 of 124 PageID #: 2095

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses and Consulting Products Named the Exclusive Partner of Jvion for ICD-10 Services

*June 06, 2013 08:45 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, June 6, 2013 (GLOBE NEWSWIRE) -- First Independence Corp. (OTCQB:FICF), with its subsidiary, The Codesmart™ Group, Inc. (collectively, "Codesmart"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that its CODESMART™ UNIVERSITY product is the exclusive strategic partner for ICD-10 education and consulting services to Jvion, which will exclusively market and provide CODESMART™ UNIVERSITY products to their clients in the healthcare industry.

"This is an important partnership for CODESMART™ UNIVERSITY as it allows us to directly reach large numbers of experienced coders who will be integral to maintaining the workflow once ICD-10 is implemented," said Ira Shapiro, Chairman and CEO of CodeSmart. "Jvion's client base includes some of the top hospital and health systems in the country, and we believe that CODESMART™ UNIVERSITY is designed to best ensure continued ICD-10 compliance and eventually maximize reimbursement potential."

Jvion is a healthcare technology company addressing the financial and operational impacts resulting from mandated reforms and compliance activities. The company offers a suite of Big Data-enabled software solutions to reduce the financial impact and burden of the ICD-10 conversion while helping providers protect their revenues from increased financial waste associated with mandated changes and increased payor scrutiny. Jvion's solutions are powered by its proprietary Bonobo Big Data Platform™, which detects otherwise hidden patterns of risk. It is through these predictive modeling capabilities that Jvion helps hospitals reduce losses affordably and in a patient-centered way. This means that providers get to keep more of their revenues so they can focus on what they do best—delivering care. The company has received substantial recognition for its capabilities including selection as the HIMSS ICD-10 financial risk calculator provider and the financial lead for the Center for Medicare & Medicaid Services (CMS) National ICD-10 Testing Pilot.

**ICD-10**

Case 1:14-cv-00399-LAK   Document 352-8   Filed 09/29/17   Page 20 of 124

ICD-10, or the tenth revision of the International Classification of Diseases is a World Health Organization-approved designation of the aspects of disease treatment that include categories of diseases and treatment modalities for them, broken down in to more than 141,000 designations. The previous ICD had only 17,000 codes, diagnoses and procedures. The United States is among the last countries in the world to adopt these standards, but the Department of Health and Human Services has mandated that all medical practices, hospitals and other medical record keeping organization be trained and ICD-10 compliant by October 1, 2014. This is essential as the Center for Medicare and Medicaid services will also be adopting the ICD-10 standard and will require proper medical coding in order to provide reimbursement.

**About Codesmart™**

First Independence Corp. (OTCQB:FICF) with its subsidiary, The Codesmart Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. CODESMART UNIVERSITY was created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The Codesmart Group, Inc. also provides solutions for ICD-10 transitions, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor and Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

**Newswire Distribution Network & Management**

- Home

- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cv-00399-ERW Document 352-8 Filed 09/15/17 Page 22 of 124 PageID #: 2697

# Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses and Consulting Products Named the Exclusive Partner of State University of New York at Oswego for ICD-10 Services

*June 11, 2013 08:45 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, June 11, 2013 (GLOBE NEWSWIRE) -- First Independence Corp. (OTCQB:FICF), with its subsidiary, The Codesmart Group, Inc. (collectively, "Codesmart"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that its CODESMART™ UNIVERSITY product is the exclusive strategic partner for ICD-10 education and consulting services to the State University of New York at Oswego, which will exclusively market and provide CODESMART™ UNIVERSITY products to their students through their Division of Extended Learning.

"Through our partnership with SUNY Oswego, CODESMART™ UNIVERSITY is endeavoring to reach both experienced coders and new coders within the state of New York through its extensive SUNY system," said Ira Shapiro, Chairman and CEO of CODESMART. "Our partnership with SUNY Oswego is an extension of our commitment in New York State to help ensure the best possible ICD-10 training, as well as provide significant opportunities to take advantage of the coming changes to the healthcare system and help New York students find rewarding jobs as medical coders."

With a student body of 8,000 students, the State University of New York at Oswego offers more than 110 programs of study including an online AACSB-accredited MBA. Students pursue bright futures through programs in Oswego's College of Liberal Arts and Sciences; School of Business; School of Communication, Media and the Arts; and School of Education. SUNY Oswego stresses quality education and experience inside and outside the classroom with internships, co-ops and study-abroad opportunities that rate among the highest in the SUNY system. Additionally, the college provides numerous non-credit professional development programs at its off-campus locations: the SUNY Oswego Phoenix Center in Phoenix, NY and the SUNY Oswego Metro Center in downtown Syracuse.

**ICD-10**

9/5/2017 Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses and Consulting Products Named the Exclusive Partner of SSRI Unive…

Case 1:14-cr-00399-ENV Document 352-8 Filed 09/29/17 Page 23 of 124 PageID #: 2696

ICD-10, or the tenth revision of the International Classification of Diseases is a World Health Organization-approved designation of the aspects of disease treatment that include categories of diseases and treatment modalities for them, broken down in to more than 141,000 designations. The previous ICD had only 17,000 codes, diagnoses and procedures. The United States is among the last countries in the world to adopt these standards, but the Department of Health and Human Services has mandated that all medical practices, hospitals and other medical record keeping organization be trained and ICD-10 compliant by October 1, 2014. This is essential as the Center for Medicare and Medicaid services will also be adopting the ICD-10 standard and will require proper medical coding in order to provide reimbursement.

## About CODESMART

First Independence Corp. (OTCQB:FICF) with its subsidiary, The Codesmart Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART Group, Inc. also provides solutions for ICD-10 transitions, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor and Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom

Case 1:14-cr-00399-ENV   Document 352-8   Filed 09/25/17   Page 24 of 124 PageID #: 2699

- RSS Feeds
- Legal
- Contact Us

---

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# CODESMART(TM) Group Appoints My Data Guru as Online Lead Generation Provider

*June 13, 2013 08:45 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, June 13, 2013 (GLOBE NEWSWIRE) -- First Independence Corp. (OTCQB:FICF), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART™"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announced today that it has named My Data Guru (www.mydataguru.com) as its primary electronic lead generation platform.

"While CODESMART™ UNIVERSITY has significant relationships across the United States with educational institutions, we believe My Data Guru can provide an important adjunct to ensure that we are reaching as many potential and experienced coders as possible," said Ira Shapiro, CEO of The CODESMART™ Group. "We believe My Data Guru is well suited for our outreach as they have a specific inventory of education leads."

**About CODESMART™**

First Independence Corp. (OTCQB:FICF) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transitions, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartuniversity.org.

**About My Data Guru**

My Data Guru generates true exclusive live-transferred leads. My Data Guru can accommodate any type of lead while integrating each aspect of a marketing campaign. This creates an ecosystem of services offered all under one roof, each crucial to the next success.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The CODESMART(TM) Group, Inc.

646-526-7867

Investor and Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cr-00599-ENV   Document 392-8   Filed 09/18/17   Page 27 of 124 PageID #: 2602

# CODESMART(TM) Group Parent Company Changes Name From "First Independence Corp." to "CodeSmart Holdings, Inc."

Ticker Symbol to Change to ITEN

*June 17, 2013 16:45 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, June 17, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:FICFD), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART™"), a premier ICD-10 education and solutions group that offers CODESMART™ ™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that effective on June 14, 2013, it has changed its name from "First Independence Corp." to "Codesmart Holdings, Inc." Reflective of this change, its stock symbol will remain as "FICFD" until July 12, 2013 and will be changed to "ITEN" on July 15, 2013. Also effective on June 14, 2013, CODESMART™ also effectuated a 2-for-1 forward split of its outstanding common stock, without changing the par value of the common stock.

For more details of the above changes, please refer to the Company's current report on Form 8-K dated June 14, 2013.

"We are extremely pleased to align our parent corporation with the rest of our company's branding," says Ira Shapiro, CEO of CODESMART™. "This is the first step in a process that we believe will continue to bring additional shareholder value to CODESMART™."

**About CODESMART™**

CODESMART Holdings, Inc. (OTCQB:FICFD) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

Case 1:14-cr-00399-ENV   Document 392-8   Filed 09/15/17   Page 28 of 124 PageID #: 2003

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transitions, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The CODESMART(TM)  Group, Inc.
ishapiro@CODESMART(TM) group.com
646-526-7867

Investor and Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:13-cr-00303-ENV  Document 382-8  Filed 09/15/17  Page 29 of 124 PageID #: 2963

# CODESMART(TM) Group Partners With CIRACET to Provide ICD-10 Educational and Consulting Services to Puerto Rico and Spanish-Speaking Healthcare Professionals

*June 18, 2013 08:30 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, June 18, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:FICFD), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART™"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that it has commenced a strategic partnership with CIRACET Corp. based in Ponce, Puerto Rico to offer ICD-10 consulting and education to the Puerto Rico healthcare market. CIRACET is the largest healthcare consulting firm in the Puerto Rico healthcare market serving the 47 hospitals in Puerto Rico and also over 3,000 physicians.

"Our partnership with CIRACET provides The CODESMART™ GROUP with a strong advantage within the Puerto Rico healthcare market based on the trust and credibility CIRACET has built there," says Ira Shapiro, CEO of The CODESMART™ Group. "It is important that all members of the healthcare industry have access to solid ICD-10 training and this partnership fills an important niche in ensuring that potential and experienced Spanish-speaking coders in Puerto Rico and within the continental U.S. have access to the best training available."

CIRACET has been instrumental in helping many healthcare organizations in Puerto Rico with their technology needs and the implementation of their Electronic Health record technologies. They will exclusively market CODESMART products to their existing client base, which consists of most of the healthcare market in Puerto Rico and the rest of the market in Puerto Rico. In partnership with CIRACET, CODESMART ™will offer bilingual solutions in both English and Spanish, and CODESMART™ UNIVERSITY will provide Spanish-speaking instructors to aide Puerto Rico healthcare professionals in their effort to learn about ICD-10.

"CIRACET's collaboration with CG will mark an important step towards the achievement of ICD-10 in PR. Our long standing commitment to our quality standards, our process engineering and technology project management skill sets, amongst other clinical engineering services, have brought to Puerto Rico and the immediate healthcare region the necessary tools to achieve

Case 1:14-cr-00093-LM Document 392-8 Filed 09/15/17 Page 30 of 124 Page ID #: 2063

operational excellence. Together with CODESMART Group, we are a powerful team with the knowledge that each company brings to the table," says Oscar Misla, President of CIRACET Corp.

CIRACET provides a myriad of solutions for the effective management of healthcare technology while assisting providers with diverse consulting and service options. A talented group of engineers and healthcare professionals with over 60 years of combined experience allows the company to provide technical support expertise, process improvement guidelines as well as healthcare information technology adoption. Its efforts and devotion to this paradigm of services have led them to become one of the few healthcare technology consulting companies providing services to some of the most prestigious institutions in the U.S., the Caribbean and Latin America. CIRACET's engineers assist healthcare institutions in identifying potential savings and achieving the highest quality through better understanding, management and maintenance of healthcare systems and technology. Its spectrum of services focuses on public health authorities, hospitals, clinics, physician's offices and the life science and medical devices industry in general to provide Medical Equipment Management, Medical Technology Informatics and Health Systems Engineering Consulting as well as Applied Biomedical Research and Development.

### ICD-10

ICD-10, or the tenth revision of the International Classification of Diseases is a World Health Organization-approved designation of the aspects of disease treatment that include categories of diseases and treatment modalities for them, broken down in to more than 141,000 designations. The previous ICD had only 17,000 codes, diagnoses and procedures. The United States is among the last countries in the world to adopt these standards, but the Department of Health and Human Services has mandated that all medical practices, hospitals and other medical record keeping organization be trained and ICD-10 compliant by October 1, 2014. This is essential as the Center for Medicare and Medicaid services will also be adopting the ICD-10 standard and will require proper medical coding in order to provide reimbursement.

### About CODESMART™

CODESMART Holdings, Inc. (OTCQB:FICFD) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

9/5/2017    CODESMART(TM) Group Partners With CIRACET to Provide ICD-10 Education and Consulting Services to Puerto Rico and Spanish-Speakin…

Case 1:14-cr-00399-ENV   Document 392-8   Filed 09/15/17   Page 31 of 124 PageID #: 2668

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transitions, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The CODESMART(TM)  Group, Inc.

646-526-7867

Investor and Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

9/5/2017    CODESMART (TM) Named Choice Supplier of ICD-10 Educational and Consulting Services to Amerinet-Managed Healthcare Facilities | Pink She…

Case 1:15-cr-00599-ENV  Document 352-8  Filed 03/15/17  Page 32 of 124 PageID #: 2607

# CODESMART(TM) Named Choice Supplier of ICD-10 Educational and Consulting Services to Amerinet-Managed Healthcare Facilities

*June 20, 2013 08:35 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, June 20, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:FICFD), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART™"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions,, announces today that it has been named the choice supplier for ICD-10 consulting and education to the healthcare facilities managed by Amerinet, Inc. ("Amerinet"). Amerinet manages hundreds of acute and non-acute healthcare facilities throughout the United States.

"Our partnership with Amerinet represents the largest partnership to date to provide CODESMART™ services directly to the hundreds of hospitals, surgical centers, health clinics and medical practices throughout the United States that receive Amerinet services," says Ira Shapiro, CEO of CODESMART™. "We look forward to working with Amerinet to prepare the hundreds of coders in its network for the coming ICD-10 changes."

"We are excited to have partnered with CODESMART™ University as they will play a central role in helping our acute and non-acute member facilities overcome the ICD-10 transition. CODESMART™ has the comprehensive capabilities to help our members plan, integrate and sustain ICD-10 coding in their business processes, and their curriculum will be essential to those efforts," said John Vinarsky, Vice President, Executive Resources/Office Solutions/Information Services of Amerinet. "CODESMART™ will be critical to ensuring complete, accurate coding and to supporting institution-wide process improvement efforts."

## About Amerinet

As a leading national healthcare solutions organization, Amerinet collaborates with acute and alternate care providers to create and deliver unique solutions through performance improvement resources, guidance and ongoing support. With better product standardization and utilization, new financial tools beyond contracting and alliances that help lower costs, raise revenue and champion quality, Amerinet enriches healthcare delivery for its members and the communities they serve. To learn more about how Amerinet can help companies successfully navigate the future of healthcare reform, visit www.amerinet-gpo.com.

9/5/2017　CODESMART (TM) Named Choice Supplier of ICD-10 Educational and Consulting Services To America's Largest Healthcare Facilities; Pink She…

Case 1:15-cv-00599-LTV　Document 352-6　Filed 09/15/17　Page 33 of 124 PageID #: 2668

## About CODESMART™

CODESMART Holdings, Inc. (OTCQB:FICFD) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transitions, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
CodeSmart Holdings, Inc.

646-526-7867

Investor and Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cr-00399-ENV    Document 352-8    Filed 09/29/17    Page 34 of 124 PageID #: 2069

# CodeSmart(TM) Group Featured in Forbes

*June 25, 2013 12:23 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, June 25, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:FICFD), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART™"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, along with the Company's CEO Ira Shapiro, were featured in an article by Gene Marcial in today's *Forbes*, titled "Conversion to New Government Codes For Healthcare Providers Could Spark More Confusion." You may read the full article on *Forbes*' website at: http://www.forbes.com/sites/genemarcial/2013/06/25/conversion-to-new-government-codes-for-healthcare-providers-could-spark-more-confusion/.

Highlights of the article include:

- Discussion of the ICD-10 problem, including the fact that the current coding system is switching from usage of 17,000 to more than 140,000 distinct codes;
- The new codes, along with the influx of new patients from the Affordable Care Act will provide additional flexibility to accommodate future healthcare needs, but many providers are not up to date on the new codes and may not be by the October 1, 2014 deadline;
- ICD-10, despite being enacted, still receives opposition;
- CODESMART™ estimates that there is currently a shortage of 3 million coders that needs to be filled as a result of ICD-10;
- CODESMART™ has established CODESMART™ UNIVERSITY to accommodate the need for ICD-10 training and education; and
- CODESMART™ UNIVERSITY has signed affiliations with more than 60 colleges and universities.

**About CodeSmart™**

CodeSmart Holdings, Inc. (OTCQB:FICFD) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

Case 1:14-cr-00399-ENV   Document 392-8   Filed 09/15/17   Page 35 of 124 PageID #: 2070

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor and Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

---

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cr-00393-ERW  Document 351-3  Filed 09/13/17  Page 36 of 124 PageID #: 2671

# Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses Named the Exclusive Partner of TNT Educational Services for ICD-10 Training Resources

*June 25, 2013 08:45 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, June 25, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:FICFD), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART™"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that it has partnered with TNT Educational Services to provide ICD-10 education for their healthcare industry and federal government clients.

"As a training and education consultant, TNT Educational Services is an ideal partner for CODESMART™ UNIVERSITY, as it gains us entry into a host of corporate healthcare environments that need to be ICD-10 compliant," said Ira Shapiro, Chairman and CEO of CODESMART™. "As an integral part of TNT's training regimen, we expect to bring hundreds of current coders into ICD-10, while also expanding the workforce to meet the increased need for additional coders."

TNT Educational Services (TNT) is a certified woman-owned small, HUBzone business that has secured employee training grants for private and public companies, for-profit, non-profit, community and religious based organizations nationwide. Its operations began in New Jersey in 1997, where TNT is on the Eligible Provider List as an approved training vendor by the NJ Department of Labor. To date, TNT has vendor certifications and approvals of vendor-related training throughout the United States. TNT Educational Services provides educational and vocational training. As a training vendor, TNT's team is a diverse staff leveraging varied expertise amongst a selection of industries. In September 2012, TNT was awarded a General Services Administration (GSA) Schedule, Contract # GS10F0480Y.

"We are honored to be in partnership with CODESMART™ as TNT's grant and incentive services assist those facilities which require ICD-10 compliance," said Dr. Traci Totino, CEO of TNT Educational Services.

**About Codesmart™**

Case 1:14-cr-00593-ERW  Document 352-3  Filed 09/15/17  Page 37 of 124 PageID #: 2372

CODESMART Holdings, Inc. (OTCQB:FICFD) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transitions, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor and Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# CodeSmart(TM) Group Presented at RedChip's Emerging Growth Showcase On-Line Investor Conference

*June 26, 2013 16:10 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, June 26, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:FICFD), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART™"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, was featured today as part of RedChip Companies Emerging Growth Showcase, an on-line investor conference.

To view today's presentation, which featured CODESMART™ Group's CEO, Ira Shapiro, visit
http://www.redchip.com/media/mediamain.asp?page=redchiptv&ytid=qrklk6xBejg&from=ficfd

Red Chip Companies is an international investor relations and media company.

**About CodeSmart™**

CodeSmart Holdings, Inc. (OTCQB:FICFD) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit
www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The CodeSmart Group, Inc.

646-526-7867
```

9/5/2017 CodeSmart(TM) Group Presented at RedChip's Emerging Growth Showcase On-Line Investor Conference-Pink Sheets:ITNV

Case 1:14-cr-00399-ENV Document 852-8 Filed 09/15/17 Page 39 of 124 PageID #: 2674

```
Investor and Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

---

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cr-00399-ENV   Document 852-8   Filed 09/29/17   Page 40 of 124 PageID #: 2075

# Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses and Consulting Products Named the Exclusive Partner of Visionary Consulting Partners for ICD-10 Services for Community and Public Health Agencies

*June 27, 2013 08:45 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, June 27, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:FICFD), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART™"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that it has partnered with Visionary Consulting Partners ("Visionary") for ICD-10 consulting and education to their clients within community-based and public health agencies.

"This is an important partnership for CODESMART™ UNIVERSITY, as it allows us to directly reach a large number of experienced coders within the government healthcare system who will be integral to maintaining the workflow and an example for private enterprises once ICD-10 is implemented," said Ira Shapiro, Chairman and CEO of CODESMART™. "Visionary 's experience with both government and NGO providers is an important addition to our client base, and provides the opportunity to demonstrate the efficiency of our methodology with that audience."

Visionary Consulting Partners, LLC provides a diverse range of consultative services designed to enhance and support health care providers, community based organizations, and public health agencies.

**About Codesmart™**

CodeSmart Holdings, Inc. (OTCQB:FICFD) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

Case 1:14-cr-00399-ENV  Document 352-8  Filed 09/15/17  Page 41 of 124 PageID #: 2076

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor and Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

9/5/2017    Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses and Consulting Products Endorsed by Health Planning Council of Ea…

Case 1:14-cr-00339-ERK Document 352-3 Filed 09/13/17 Page 42 of 124 PageID #: 2074

# Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses and Consulting Products Endorsed by Health Planning Council of East Central Florida

*July 02, 2013 08:45 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, July 2, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:FICFD), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART™"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that its CODESMART™ UNIVERSITY has been recommended by the Health Planning Council of East Central Florida.

"The Health Planning Council of Central Florida will be offering CODESMART™ UNIVERSITY products under a private label, as well as marketing it to the healthcare community," said Ira Shapiro, Chairman and CEO of CODESMART™. "The Health Planning Council of Central Florida recommends our products to hospitals, health centers and physician practices in Orange, Oceola, Seminole and Brevard Counties. In addition, it is working with residents from these counties who may be looking for jobs or new career opportunities in the healthcare field."

"Preparing for the implementation of ICD-10 is crucial to our local health care provider community," said Ken Peach, Executive Director of Health Council of East Central Florida. "The required ICD-10 implementation date is rapidly approaching so we want to offer convenient on-line access and in-person consulting services to our local health care resources. Working with CODESMART™ has enabled us to do that."

The Health Council of East Central Florida, Inc. (HCECF) is a private, non-profit healthcare planning agency providing research, program development and evaluation services that enable community-based health organizations to improve population health. The East Central Florida District VII encompasses the four counties of Brevard, Orange, Osceola and Seminole.

**About Codesmart™**

CodeSmart Holdings, Inc. (OTCQB:FICFD) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the

nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor and Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# CodeSmart(TM) Group Partners With eTeam Florida eHealth to Market CODESMART(TM) UNIVERSITY ICD-10 Courses for Physician Practices

*July 09, 2013 08:45 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, July 9, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:FICFD), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART™"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that it has partnered with eTeam Florida eHealth to market CODESMART$^{TM}$ UNIVERSITY courses to physician practices throughout the State of Florida.

"CODESMART™'s long-standing relationship with eTeam Florida eHealth is of strategic value, as it has strong relationships, not only with key physician groups throughout the region, but with additional marketing partners throughout the United States," said Ira Shapiro, Chairman and CEO of CODESMART™. "This strategic relationship will help to educate thousands of current and potential coders throughout the south, and extend CODESMART$^{TM}$ UNIVERSITY's reach well beyond Florida's borders."

eTeam Florida's overarching goal is to provide physicians more control over their practices while complying with increased governmental regulations under HIPAA-HITECH. Achieving that goal requires software that is fast, easy to use, increases revenue, reduces expenses, adheres to HIPAA-HITECH and gives physicians more freedom to practice medicine. Its technological leadership has come about primarily because it listens to physicians and their staffs, who have actively participated in helping design workflow and tools that meet the needs of medical practices. Using a suite of proprietary SAAS compliance software solutions and professional services, eTeam Florida provides Covered Entities, Business Associates and their subcontractors with the tools necessary to become and remain HIPAA-HITECH and Meaningful Use compliant while managing risks, government mandates and documentation. It is also committed to technology leadership, responsiveness to physician needs, and increasing quality assurance and customer support. eTeam Florida is now, and will continue to be, on the forefront of technology. eTeam Florida eHealth consultants collaborate with medical practice staff to develop customized implementation and training packages, and keeps up-to-date on current and impending regulations from respective Governmental Regulatory bodies.

Case 1:14-cr-00399-ENV Document 582-8 Filed 09/15/17 Page 45 of 124 PageID #: 2060

## About CodeSmart™

CodeSmart Holdings, Inc. (OTCQB:FICFD) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor and Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# CODESMART(TM) Begins First of Its Kind ICD-10 Transition Pilot Program for Rural Healthcare Facilities in Partnership With Amerinet

*July 11, 2013 08:45 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, July 11, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:FICFD), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART™"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, today announced a first of its kind ICD-10 pilot program for rural healthcare facilities to extend a best practices and streamlined approach to ICD-10 exclusively for Amerinet members.

"This pilot program will provide access to the CODESMART™ best practices ICD-10 transition process directly to Amerinet's rural healthcare facility members, including hospitals, surgical centers, non-acute facilities, health clinics and medical practices throughout the United States. We intend to document the success in converting these facilities to ICD-10 and report to the industry how rural healthcare facilities can transition to ICD-10 using best practices through a streamlined and cost effective approach," said Ira Shapiro, CEO of CODESMART™. "Rural healthcare facilities have been largely ignored during the current ICD-10 transition and in some cases have lacked access to the expertise and resources. We want to help them and demonstrate to the industry the way to deliver streamlined best practices ICD-10 expertise through technology, on-line education, and economies of scale by pooling together a large group of rural facilities. CODESMART™ in partnership with Amerinet, will be the ICD-10 champions and advocates for rural healthcare in the US."

"The transition to ICD-10 is going to impact physicians and hospitals in many ways.  Not only will there be a considerable increase in the number and specificity of codes with ICD-10, but providers may experience a detrimental impact to their revenue stream if they don't plan, train their staff and physicians, implement and monitor their processes in the migration properly," said Marshall Bushko, senior director, Information Technology Solutions, Amerinet. "Through the pilot program, CodeSmart assists and monitors a facility's progress throughout the transition and serves as a best practice model."

Amerinet rural healthcare facility members will be able to register for the CODESMART™ rural ICD-10 pilot program at www.codesmartgroup.com. Non-member facilities interested in learning

9/5/2017 CODESMART (TM) Begins First-of-Its-Kind ICD-10-Transition-Pilot Program for Rural Healthcare Facilities in Partnership With Amerinet|Pink She…

Case 1:15-cv-00639-ENV Document 352-8 Filed 09/15/17 Page 47 of 124 PageID #: 2682

more about Amerinet membership can contact Amerinet directly at info@amerinet-gpo.com. Joining Amerinet is free of charge.

**ICD-10**

ICD-10, or the tenth revision of the International Classification of Diseases is a World Health Organization-approved designation of the aspects of disease treatment that include categories of diseases and treatment modalities for them, broken down into more than 141,000 designations. The previous ICD had only 17,000 codes, diagnoses and procedures. The United States is among the last countries in the world to adopt these standards, but the Department of Health and Human Services has mandated that all medical practices, hospitals and other medical record keeping organization be trained and ICD-10 compliant by October 1, 2014. This is essential as the Center for Medicare and Medicaid services will also be adopting the ICD-10 standard and will require proper medical coding in order to provide reimbursement.

**About Amerinet**

As a leading national healthcare solutions organization, Amerinet collaborates with acute and non-acute care providers to create and deliver unique solutions through performance improvement resources, guidance and ongoing support. With better product standardization and utilization, new financial tools beyond contracting and alliances that help lower costs, raise revenue and champion quality, Amerinet enriches healthcare delivery for its members and the communities they serve. To learn more about how Amerinet can help companies successfully navigate the future of healthcare reform, visit www.amerinet-gpo.com.

**About CODESMART™**

CODESMART Holdings, Inc. (OTCQB:FICFD) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transitions, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

9/5/2017    CODESMART(TM) Begins First-of-Its-Kind ICD-10-Transition Pilot Program for Rural Healthcare Facilities in Partnership With AmeriNET|Pink She…

Case 1:13-cr-00999-ENV   Document 382-3   Filed 09/15/17   Page 49 of 124 PageID #: 2683

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit

[www.codesmartgroup.com](http://www.codesmartgroup.com) or [www.codesmartuniversity.org](http://www.codesmartuniversity.org).

```
Company Contact:
Ira Shapiro
Chairman and CEO
CodeSmart Holdings, Inc.
ishapiro@CODESMART(TM) group.com
646-526-7867

Investor and Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- [Home](#)
- [Newsroom](#)
- [RSS Feeds](#)
- [Legal](#)
- [Contact Us](#)

---

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# CodeSmart Holdings Changes Stock Symbol to ITEN

*July 16, 2013 08:45 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, July 16, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART™"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, today announced that, effective on July 15, 2013, its stock symbol has changed from "FICFD" to "ITEN."

"I am happy that we were able to obtain this symbol as it speaks to our presence in the ICD-10 space and demonstrates our commitment to strong and continuous branding," said Ira Shapiro, CEO of CODESMART™.

**About CODESMART™**

CODESMART Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transitions, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
CodeSmart Holdings, Inc.

646-526-7867

Investor and Media Contact:
```

```
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cr-00393-ERW  Document 352-3  Filed 09/15/17  Page 51 of 124  PageID #: 2088

# Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses Named the Exclusive ICD-10 Training Partner of Bright Horizon Institute

*July 18, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, July 18, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART™"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that it has partnered with Bright Horizon Institute to provide CODESMART$^{TM}$ UNIVERSITY courses to adult students in the New Jersey area.

"We are very proud of this partnership, as it demonstrates the immense opportunities for job placement in the healthcare field," said Ira Shapiro, Chairman and CEO of CODESMART™. "Through our alliance with Bright Horizon Institute, graduating students have the opportunity to pursue one of millions of medical coding opportunities across the country, and achieve starting salaries of as much as $60,000 per year. Our program also helps them create a coding portfolio that will help them in their job search."

Bright Horizon is a vocational course institute with a wide range of technical and heath care courses. Founded in New Jersey in 2010, Bright Horizon Institute has created an educational alliance consisting of members of the technical paramedical community such as doctors in internal medicine, specialty physicians, registered nurses, medical assistants ,AutoCAD and technicians in the construction field.

**About Codesmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

Case 1:14-cr-00399-ENV Document 352-8 Filed 09/15/17 Page 52 of 124 PageID #: 2087

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor and Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# Codesmart(TM) Group Signs First Physician Practice for ICD-10 Consulting Services

*July 23, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, July 23, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART$^{TM}$ Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART$^{TM}$ UNIVERSITY its on-line education solution and customizable training solutions, announces today that it has signed an agreement with Clark & Daughtry, a physician practice, which recently associated with the Lakeland Regional Health System located in Central Florida, as its first customer for ICD-10 consulting services, including its CODESMART$^{TM}$ UNIVERSITY product.

"Clark & Daughtry has long been a vanguard in the Florida community, dedicated to providing not only top notch medical services, but also state-of-the-art electronic records and billing systems," said Ira Shapiro, Chairman and CEO of CODESMART™. "Their understanding of the necessities of ICD-10, combined with an expanding alliance with the Lakeland Regional Health System, makes them an ideal case study for other physician practices to see the ease and benefit of ICD-10 training."

Clark & Daughtry Medical Group, established in 1949, has evolved through several stages of development. Starting with two specialties held by its founders Dr. Sam Clark and Dr. John Daughtry, Clark & Daughtry now boasts over twenty distinct specialties of medicine and is continuing to expand. Clark & Daughtry now features state of the art full Electronic Medical Records (EMR), web-based electronic billing, IP phones, an online training center, and online payroll/benefits systems. Clark & Daughtry boasts national accreditation in many of its specializations such as cardiology, oncology, radiology, sleep lab, clinical laboratory, along with many other outstanding programs. Clark & Daughtry physicians are board certified/eligible in their respectful fields. Clark & Daughtry has recently invested in significant facility upgrades that have enabled it to maintain its small-town feel while providing "big city" services making it a contender as one of the most technologically advanced medical facilities in the Southeastern United States. Clark & Daughtry has almost doubled its size in terms of physician practices in the last 10 years, but has tripled in terms of patient volume.

**About Codesmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor and Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

---

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# Marion G. Kruse Joins Codesmart(TM) Group as Vice President of Consulting

*July 30, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, July 30, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART$^{TM}$ Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART$^{TM}$ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that it has hired Marion G. Kruse as vice president of consulting.

"Marion brings extensive experience and credibility to our team, with a unique perspective on the industry as a former bedside, and recovery room nurse, as well as a case manager and clinical documentation specialist," said Ira Shapiro, Chairman and CEO of CODESMART™. "Her familiarity with hospital systems and policies makes her an incredible asset to our consulting business and we look forward to incredible results under her leadership."

Ms. Kruse is a recognized expert in Medicare regulations and excels at providing education, project management and process improvement. Her expertise is in ICD-10 and the various severity adjusted DRG systems and she has performed ICD-10 assessments and implemented clinical documentation improvement programs for small and large hospital systems. In addition to her experience as a bedside, recovery room nurse and utilization case manager, she has knowledge of medical records, coding, charge analysis, patient accounts and billing compliance.  Prior to her work in the advisory services, Ms. Kruse served as a director of clinical consulting in a large not-for-profit hospital system in the Midwest, where she was responsible for the strategic direction of the clinical documentation program and providing leadership for various revenue cycle, observation and APC projects. She also worked with a number of rural hospitals to solve APC and DRG revenue cycle related issues. Ms. Kruse's qualifications include AHIMA approved ICD-10-CM/PCS trainer, knowledge of MS-DRG, APC, diagnostic and procedural code assignment, Medicare quality measures, CMS present on admission regulations, physician documentation requirements, medical necessity, UR, case management, and hospital throughput.

**About Codesmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new

Case 1:14-cr-00399-ENV Document 332-8 Filed 09/15/17 Page 56 of 124 PageID #: 2091

coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

9/5/2017    Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses and Consulting Products Named the Strategic Partner of ICD-10 Serv…

Case 1:14-cv-06399-ERK   Document 852-8   Filed 09/28/17   Page 57 of 124 PageID #: 2092

# Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses and Consulting Products Named the Strategic Partner of ICD-10 Services for the Miami-Dade County Public School System

*August 01, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Aug. 1, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART™"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that its CODESMART™ UNIVERSITY product is the strategic partner for ICD-10 education and consulting services of the Miami-Dade County Public School System in Florida ("Miami-Dade").

The program, offered through the Miami-Dade's County's Adult & Career Education program, will utilize CODESMART$^{TM}$ UNIVERSITY's unique approach to ICD-10 education, including a three-module program that covers everything from anatomy and physiology to computerized billing methods and electronic health records. The program is scheduled to begin on August 19, 2013.

"The changeover from ICD-9 to ICD-10 will not only result in a huge addition to the number of codes in the system, but also millions of additional patients to service with a reduction in the number of experienced coders," said Ira Shapiro, Chairman and CEO of CODESMART™. "Partnering with programs like that in Miami-Dade affords incredible opportunities for the healthcare system to gain new coders who are ready to meet the challenge, and also exciting job prospects for people from all walks of life who wish to embark on a new career in the healthcare industry."

**ICD-10**

ICD-10, or the tenth revision of the International Classification of Diseases is a World Health Organization-approved designation of the aspects of disease treatment that include categories of diseases and treatment modalities for them, broken down in to more than 141,000 designations. The previous ICD had only 17,000 codes, diagnoses and procedures. The United States is among the last countries in the world to adopt these standards, but the Department of Health and Human Services has mandated that all medical practices, hospitals and other medical record keeping organization be trained and ICD-10 compliant by October 1, 2014. This is essential

as the Center for Medicare and Medicaid services will also be adopting the ICD-10 standard and will require proper medical coding in order to provide reimbursement.

**About Codesmart**

CODESMART Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed nationally by over 60 colleges and universities and over 2,800 physician offices and hospitals as the choice provider for ICD-10 training. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit
www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

https://globenewswire.com/news-release/2013/08/01/563958/10042729/en/Codesmart-TM-Group-s-CODESMART-TM-UNIVERSITY-ICD-10-Courses-…    2/3

Case 1:14-cv-00399-ENV Document 352-8 Filed 09/13/17 Page 59 of 124 PageID #: 2094

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cv-06099-ERV Document 352-6 Filed 09/15/17 Page 60 of 124 PageID #: 2093

# Codesmart(TM) Group Taps Pride Health to Facilitate Post-Training Job Placement for CODESMART(TM) UNIVERSITY Students

*August 06, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Aug. 6, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART" or the "Company"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that Pride Health will be among the Company's resources to identify job placement opportunities for CODESMART™ UNIVERSITY graduates.

"One of the unique opportunities with ICD-10 training is that there are always new jobs available to qualified ICD-10 coders, and CODESMART™ UNIVERSITY was designed to include job placement leads," said Ira Shapiro, Chairman and CEO of CODESMART™. "This partnership with Pride Health, one of the premier job placement solutions providers in the healthcare industry, represents our making good on that promise, and a key element in our providing the best possible ICD-10 training modality."

"Pride Health recognizes that today's healthcare organizations are faced with seemingly impossible staffing demands. In a market where the clinical and IT talent shortage is progressing at a relentless pace, it's more important than ever for institutions to identify partners who are capable of sustaining their critical needs. Success depends on having the right people in place to get the job done effectively and efficiently," said Lauren Rimler, Director of Health IT, Pride Health. "For this reason, Pride Health is thrilled to partner with CODESMART™ to deliver quality ICD-10 training and staff to our clients. This new strategic partnership helps to ensure that Pride Health continues to be a part of the solution!"

Pride Health is a leading Healthcare Recruitment and Staffing firm headquartered in New York city, which offers highly customized staffing, recruitment and business process solutions at cost-effective prices. Certified by the National Minority Supplier Diversity Council as a minority-owned business, Pride Health is part of a global organization, with offices throughout the US, India and Brazil.

**About Codesmart™**

9/5/2017　Codesmart (TM) Group Taps Pride Health to Facilitate Post-Training Job Placement for CODESMART (TM) UNIVERSITY Students | Pink Sheets:IT…

Case 1:14-cr-00333-ERW　Document 352-4　Filed 09/15/17　Page 61 of 124 PageID #: 2098

2/2

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# Umbrella Research Publishes Initial Report on Codesmart(TM) Group

*August 08, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Aug. 8, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART" or the "Company"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that Umbrella Research, LLC has initiated coverage on the Company. The full report can be accessed on CODESMART's website at http://www.codesmartgroup.com/pages/analyst-coverage.html or via Umbrella Research's site at http://umbresearch.com/uploads/ITEN_2013-7-25_Initiation.pdf.

**About Codesmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

**About Umbrella Research**

Umbrella Research LLC was created to fill a growing information vacuum in the equity universe as diminishing investment banking prospects have resulted in the underinvestment of traditional sell side research support for small cap and emerging growth companies. Umbrella Research is a

Case 1:14-cr-00399-ENV Document 362-8 Filed 09/15/17 Page 63 of 124 PageID #: 2098

research and advisory platform focused on lesser known companies where its research, whitepapers and investor outreach can create greater incremental value to both the subject companies and investors. All of Umbrella's publishing analysts have significant sector focused experience in traditional sell side models. Its in-depth, fundamental research is designed to educate and inform investors with an emphasis on factual data and tangible performance metrics. The research is available to investors through Umbrella's proprietary distribution list as well as on its website at www.UMBresearch.com. Umbrella's advisory services include analysis of potential growth funding mechanisms, creation of marketing materials and presentations, investor pitch, preparation for Q&A, introduction to placement agents and funding sources, assistance drafting legal docs required for financing, etc.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cr-00399-ENV   Document 352-8   Filed 09/15/17   Page 64 of 124 PageID #: 2099

# Codesmart(TM) Group's CODESMART(TM) UNIVERSITY Named the Exclusive Provider of ICD-10 Accreditation at Klamath Community College

*August 13, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Aug. 13, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that it will be the exclusive provider of ICD-10 training for Klamath Community College in Oregon ("KCC").

"Up to now, most of our partners have been on the East Coast. We are extremely proud to be expanding the reach of our CODESMART™ UNIVERSITY offering to the West Coast for the first time," said Ira Shapiro, Chairman and CEO of CODESMART™.

CODESMART™ UNIVERSITY will be offered at KCC through its Continuing Education program.

"We are very excited to partner with CodeSmart, which will afford us the opportunity to provide medical coding training to the Klamath Basin. This training is in high demand with the transition to ICD-10, and we're looking forward to offering it to our community," said Kevin Edge, Community and Continuing Education Coordinator for KCC.

Klamath Community College provides accessible, quality education and services in response to the diverse needs of students, businesses, and community. The College supports student success in workforce training, academic transfer, foundational skills development, and community education.

**About Codesmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

Case 1:14-cr-00399-ENV   Document 352-8   Filed 09/15/17   Page 65 of 124 PageID #: 2100

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cr-00399-ENV Document 352-8 Filed 09/15/17 Page 66 of 124 PageID #: 2101

# CodeSmart Holdings Announces BUYINS.NET SqueezeTrigger Report

*August 15, 2013 08:30 ET* | **Source:** The Codesmart Group, Inc.

- **Approximately 1.97 Million Shares Shorted Since May 2013**
- **Short Squeeze Expected Above $5.01 SqueezeTrigger Price**

NEW YORK, Aug. 15, 2013 (GLOBE NEWSWIRE) -- BUYINS.NET, http://www.buyins.net, a leading provider of Regulation SHO compliance monitoring, short sale trading statistics and market integrity surveillance, has initiated coverage on CodeSmart Holdings (OTCBB:ITEN) after releasing the latest short sale data through August 13, 2013. The total aggregate number of shares shorted since May 2013 is approximately 1.97 million shares. Approximately 46.88% of daily trading volume is short selling. The SqueezeTrigger price for all ITEN shares shorted is $5.01. A short squeeze is expected to begin when stock closes above its $5.01 SqueezeTrigger price.

Click here to view Report: http://www.buyins.com/reports/iten8-14-13.pdf

Click here for SqueezeTrigger: http://www.buyins.com/images2/itenstr8-14-13.jpg

Click here for Friction Factor: http://www.buyins.com/images2/itenff8-14-13.jpg

Click here for detailed explanation: http://www.buyins.com/brochure.pdf

Friction Factor calculates if a fair market is being made in the shares of ITEN. 41% of the previous 29 trading days have been positive or bullish-biased and 59% have been negative or bearish-biased.

Regulation SHO requires bona-fide market-making activities to include making purchases and sales in roughly comparable amounts. The Commission has stated that bona-fide market-making DOES NOT include activity that is related to speculative selling strategies or investment purposes of the broker-dealer and is disproportionate to the usual market making patterns or practices of the broker-dealer in that security. Likewise, where a market-maker posts continually at or near the best offer, but does not also post at or near the best bid, the market-maker's activities would not generally qualify as bona-fide market-making. Moreover, a market-maker that continually executes short sales away from its posted quotes would generally not be considered to be engaging in bona-fide market-making.

BUYINS.NET monitors ITEN market-makers daily for compliance with Fair Market-Making Requirements.

About BUYINS.NET

BUYINS.NET, http://www.buyins.net, monitors trading in all US stocks in real time and maintains massive databases of short sale and naked short sale time and sales data, short squeeze SqueezeTrigger prices, market-maker price movements, shareholder data, statistical data on earnings, sector correlation, seasonality, hedge fund trading strategies and comparable valuations. Reports include:

REGULATORY & COMPLIANCE NEWS

Friction Factor - market-maker surveillance system tracking market-makers to determine Price Friction and compliance with new "Fair Market-Making Requirements."

RegSHO Naked Shorts - tracks EVERY failure to deliver in all US stocks and all Threshold Security Lists daily for which stocks have naked short positions.

INVESTMENTS & TRADING

SqueezeTrigger - 39 billion cell database tracks EVERY short sale (not just total short interest) in all US stocks and calculates volume weighted price that a short squeeze will begin in each stock.

Earnings Edge - predicts probability, price move and length of move before and after all US stock earnings reports.

Seasonality - predicts probability, price move and length of move based on exact time of year for all US stocks.

Group Trader - tracks sector rotation and stock correlation to its sector and predicts future moves in ALL sectors and industry groups.

Pattern Scanner - automates tracking of technical patterns and predicts next move in stocks.

GATS - tracks all strategies.

DISCLAIMER:

BUYINS.NET is not a registered investment advisor and nothing contained in any materials should be construed as a recommendation to buy or sell any securities. Buyins.net has been paid $1,116 per month for data provided in six monthly reports. ITEN has not approved the statements made in this release. Please read our report and visit our web site, http://www.buyins.net, for complete risks and disclosures.

```
BUYINS.NET
Thomas Ronk
800-715-9999
```

http://www.buyins.net

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# CodeSmart(TM) Group Partners With eDocSecure to Market CODESMART(TM) UNIVERSITY ICD-10 Courses for Physician Practices on the West Coast

*August 15, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Aug. 15, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART<sup>TM</sup> Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART<sup>TM</sup> UNIVERSITY, its on-line education solution and customizable training solutions, announces today that it has identified eDocSecure as a marketing partner targeting West Coast physician practices and health systems.

"CodeSmart's goal is to establish relationships with key physician groups throughout the United States," said Ira Shapiro, Chairman and CEO of CODESMART™. "This strategic relationship will help to educate thousands of current and potential coders by extending CODESMART<sup>TM</sup> UNIVERSITY's reach out to the West Coast."

John Hughes, eDocSecure, CEO & President said, "By partnering with Codesmart™, we deliver the tools for medical practices to become ICD-10 ready and not interrupt revenue flow. Partnering makes it possible for eDocSecure to strengthen existing customer relationships and create new ones by leveraging the unique suite of Codesmart™ University ICD-10 Courses."

**About eDocSecure Compliance Solutions**

Using a suite of proprietary SAAS compliance software solutions and professional services, eDocSecure provides Covered Entities, Business Associates and their subcontractors with the tools necessary to become and remain HIPAA - HITECH and Meaningful Use compliant whilst managing risks, government mandates and documentation. eDocSecure's solution offerings are designed according to NIST standards to help identify threats, risks and vulnerabilities and provide remediation services encompassing HIPAA-HITECH and CMS audit guidelines. Our complete menu of compliance solutions and services include a document repository, workforce training, Covered Entity and Business Associate Agreements and Policies & Procedures.

**About CodeSmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States.

Case 1:14-cr-00055-ENV　Document 352-3　Filed 09/15/17　Page 70 of 124 PageID #: 2305

Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# CodeSmart(TM) Group's CODESMART(TM) UNIVERSITY Named Provider of ICD-10 Coding Education for Freedom Medical Billing

*August 20, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Aug. 20, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART$^{TM}$ Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART$^{TM}$ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that it will be the provider of ICD-10 training for Freedom Medical Billing in Nutley, NJ.

"This is another important opportunity for us to contribute to ensuring that medical practices and hospitals are ICD-10 compliant. We are extremely proud to be expanding the reach of our CODESMART$^{TM}$ UNIVERSITY products across the country," said Ira Shapiro, Chairman and CEO of CODESMART™.

Freedom Medical Billing, LLC provides essential resources and services for healthcare practitioners and staff. Through its services, it enhances and strengthens the financial position of its clients. Freedom Medical Billing exemplifies quality, integrity and first hand experience in order to keep practices healthy and stable.

**About CodeSmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

Case 1:14-cr-00399-ENV Document 352-8 Filed 09/05/17 Page 72 of 124 PageID #: 210x

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit

www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:16-cr-00599-ENV Document 35-3 Filed 09/13/17 Page 73 of 124 PageID #: 2108

# CodeSmart(TM) Partners With Millennium HealthCare, Inc. to Market Its ICD-10 Educational and Consulting Services for Medical Practices and Hospitals

*August 22, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Aug. 22, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART$^{TM}$ Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART$^{TM}$ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that it has licensed Millennium HealthCare, Inc. (OTCPINK:MHCC) to serve as a marketing partner of its ICD-10 consulting and education programs, including CODESMART$^{TM}$ UNIVERSITY, to physicians, physician practices and hospitals.

"Millennium works with an extensive number of individual physicians, physician practice groups and hospitals," says Ira Shapiro, CEO of CODESMART™. "Partnering with Millennium is a logical next step to ensure that our ICD-10 training services reach as many practitioners as possible."

"One of the biggest challenges healthcare practices face today is the potential loss of revenue that comes with not being ICD-10 compliant by the October 2014 deadline. The CODESMART$^{TM}$ Group has developed a best practices approach to training current coders in ICD-10 that is unparalleled in the industry," said Chris Amandola, president of Millennium HealthCare, Inc. "We look forward to demonstrating the value of their methodology to the market, and helping as many practices as possible to become ICD-10 compliant."

**About ICD-10**

ICD-10, or the tenth revision of the International Classification of Diseases is a World Health Organization-approved designation of the aspects of disease treatment that include categories of diseases and treatment modalities for them, broken down into more than 141,000 designations. The previous ICD had only 17,000 codes, diagnoses and procedures. The United States is among the last countries in the world to adopt these standards, but the Department of Health and Human Services has mandated that all medical practices, hospitals and other medical record keeping organization be trained and ICD-10 compliant by October 1, 2014. This is essential as the Center for Medicare and Medicaid services will also be adopting the ICD-10 standard and will require proper medical coding in order to provide reimbursement.

**About CodeSmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

**About Millennium HealthCare, Inc.**

Millennium HealthCare Inc. (OTCPINK:MHCC), through its wholly owned operating subsidiaries, provides effective purchase, supply and distribution of revolutionary medical equipment and devices, as well as innovative and effective medical practice support and services, strategically assisting primary care physicians and cardiovascular specialists develop, grow and manage their medical practices.

Millennium's medical equipment and device group focuses on strategic alliances and partnerships with medical device companies that provide innovative and revolutionary medical devices that utilize cutting edge technology, are  FDA approved and are focused on preventative and diagnostic testing and care with the anticipation of detecting potential medical issues in their early stages.

The Company's practice support and administration services group offers physician practice development, support and administration services for physician facilities and practices with a focus on vascular disorders and provides a comprehensive suite of administration services and support, including high quality, advanced medical procedure coding and medical procedure billing and collections as well as call processing, message management and emergency dispatch services.

**Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995**

Certain written and oral statements made by both companies may constitute "forward-looking statements" as defined in the Private Securities Litigation Reform Act of 1995 (the "Reform Act"). Forward-looking statements are identified by such words and phrases as "we expect," "expected

Case 1:14-cr-00093-LM    Document 352-3    Filed 09/15/17    Page 75 of 124    PageID #: 2110

to," "estimates," "estimated," "current outlook," "we look forward to," "would equate to," "projects," "projections," "projected to be," "anticipates," "anticipated," "we believe," "could be," and other similar phrases. All statements addressing operating performance, events, or developments that either expect or anticipate will occur in the future, including statements relating to revenue growth, earnings, earnings-per-share growth, or similar projections, are forward-looking statements within the meaning of the Reform Act. Because they are forward-looking, they should be evaluated in light of important risk factors that could cause actual results to differ materially from anticipated results. The information provided in this document is based upon the facts and circumstances known at this time. Both companies undertake no obligation to update these forward-looking statements after the date of this release.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378

Millennium Company Contact:
Millennium Investor Relations

516-628-5500
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cr-00399-ENV   Document 352-8   Filed 09/18/17   Page 76 of 124 PageID #: 2111

# CodeSmart(TM) Holdings, Inc. Issues Letter to Shareholders

*August 26, 2013 13:00 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Aug. 26, 2013 (GLOBE NEWSWIRE) -- CodeSmart[TM] Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART[TM] Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART[TM] UNIVERSITY, its on-line education solution and customizable training solutions, issues the following letter to shareholders:

To: CODESMART Holdings, Inc. (ITEN) Shareholders
From: Ira Shapiro, Chairman & CEO

Dear Shareholders:

First of all, I want to thank all of you for being investors in CODESMART and demonstrating your belief in our mission by becoming part of the CODESMART family. As many people know by now, ICD-10 presents a challenge that the healthcare industry must face as it is required for all covered U.S. health entities by October 1, 2014. In fact, it is often repeated that industry analysts believe that ICD-10 will exceed Y2K with respect to cost and impact.[1] All healthcare providers and payers will be required to code utilizing the ICD-10 system of coding to replace ICD-9 which was developed in the 1970s and was constrained by the technology and knowledge of the time. ICD-10 expands the number of codes from approximately 14,000 to 76,000 and proper coding requires knowledge of biology, anatomy chemistry and other subjects totaling approximately 900 hours of training for new coders, approximately 250 hours of training for existing coders and approximately 10 hours of training for clinicians.

It has been an exciting start since we went public. While we are young as a public company, we have been three years in the making working with Florida International University to develop and deliver our ICD-10 curriculum and training. Already, CODESMART:

- has been endorsed by AMERINET as the premier provider of ICD-10 services; and
- has reached agreement with 70 accredited colleges and universities to white label the CODESMART UNIVERSITY® curriculum; and
- is the featured solution according to the ICD-10 PlayBook of Health Information Management Systems Society ("HIMMS"), the largest national healthcare association.

We have established a footprint in the industry and a distribution for sales that we believe will support our sales and earnings forecasts. Supporting our seasoned management team, CODESMART is set to commence a direct marketing campaign through My Data Guru and The College Network, on September 4, 2013. We anticipate that this can result in an average of 1,500 to 2,000 student leads per month. Equally important, each of these partners provides an enrollment function for closing the leads and registering students. The College Network also has provided CODESMART and its students an option to finance their tuition over time to broaden our potential student base. Both of these organizations have a very successful track record in helping generate hundreds of new students monthly for other major on-line universities over the past decade. We believe that CODESMART's new coder program has no equal in the market today.

**Revenue Development**

As I write this letter to you, some very exciting new things are taking place as it relates to revenue growth.  We are now starting to feel the realization by providers that they will have to begin the transition to ICD-10 over the next few years and that this must happen now. According to Forbes Magazine and Ernst & Young, the opportunity is great because *only 5% of physicians have started their ICD-10 training*. Most hospitals and other healthcare facilities are very behind the curve as well. This is resulting in new contracts from providers for CODESMART and that means revenue begins to accelerate now. Our distribution channels are beginning to produce, and specifically, two of our major partners: Amerinet and Ciracet, are both very active and utilizing their large sales teams to promote CODESMART nationally. Just as an example, Amerinet already has produced over 30 letters of commitment from member healthcare facilities for utilization of CODESMART services.

If we continue on the track we are on, I believe we will achieve our revenue and profit goals that were previously disclosed for 2013 and beyond. We believe we have access to a large market of potential students which we estimate to be over 40 million people looking for careers at any given time. The challenge now will be for us to properly nurture the distribution relationships we currently have in place and making sure we continue to create a market presence and industry brand leadership as the superior education program in ICD-10 that we truly are.

The CODESMART team and I sincerely thank all of you for your support and we are looking forward to a very exciting and successful future together.

Best Regards,

Ira Shapiro
Chairman & CEO

*Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995*

*Certain written and oral statements made by the Company may constitute "forward-looking statements" as defined in the Private Securities Litigation Reform Act of 1995 (the "Reform Act"). Forward-looking statements are identified by such words and phrases as "we expect," "expected to," "estimates," "estimated," "current outlook," "we look forward to," "would equate to," "projects," "projections," "projected to be," "anticipates," "anticipated," "we believe," "could be," and other similar phrases. All statements addressing operating performance, events, or developments that either expect or anticipate will occur in the future, including statements relating to revenue growth, earnings, earnings-per-share growth, or similar projections, are forward-looking statements within the meaning of the Reform Act. Because they are forward-looking, they should be evaluated in light of important risk factors that could cause actual results to differ materially from anticipated results. The information provided in this document is based upon the facts and circumstances known at this time. The Company undertakes no obligation to update these forward-looking statements after the date of this release.*

[1] "Replacing ICD-9-CM with ICD-10-CM and ICD-10-PCS: Challenges, Estimated Costs, and Potential Benefits," Robert E. Nolan Company, October 2003, page 6; "ICD-10 Turning Regulatory Compliance into Strategic Advantage," Deloitte Center for Health Solutions, summer 2009.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- [Home](#)
- [Newsroom](#)
- [RSS Feeds](#)
- [Legal](#)
- [Contact Us](#)

---

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

Case 1:14-cr-00399-ENV Document 552-8 Filed 09/15/17 Page 79 of 124 PageID #: 2114

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# CodeSmart(TM) Group CEO, Ira Shapiro, Purchases 25,000 Shares of Company Stock From the Public Market

*August 27, 2013 13:07 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Aug. 27, 2013 (GLOBE NEWSWIRE) -- Ira Shapiro, CEO of CodeSmart Holdings, Inc. (OTCQB:ITEN) (the "Company" or "CodeSmart"), has acquired 25,000 shares of common stock of CodeSmart from the public market in a transaction on August 27, 2013. The stock was purchased at the market value of $3.21 per share, which has a total value of $80,250. Following this transaction, Mr. Shapiro directly owns 2,875,000 shares in the Company. The acquisition was disclosed in the Company's current report on Form 8-K filed with the SEC that can be accessed on the website at www.sec.gov.

"I continue to believe that CodeSmart and our CODESMART[TM] UNIVERSITY product is the premier ICD-10 education and training modality," said Mr. Shapiro. "This stock purchase is symbolic of my confidence in the Company and its mission to both prepare coders for the ICD-10 change in October 2014 and the creation of many jobs that will result from the need for more coders to meet the increased demand on our healthcare system."

**About CodeSmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

Case 1:14-cr-00068-LGS　Document 362-8　Filed 09/29/21　Page 81 of 124　PageID #: 2116

**Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995**

*Certain written and oral statements made by the Company may constitute "forward-looking statements" as defined in the Private Securities Litigation Reform Act of 1995 (the "Reform Act"). Forward-looking statements are identified by such words and phrases as "we expect," "expected to," "estimates," "estimated," "current outlook," "we look forward to," "would equate to," "projects," "projections," "projected to be," "anticipates," "anticipated," "we believe," "could be," and other similar phrases. All statements addressing operating performance, events, or developments that either expect or anticipate will occur in the future, including statements relating to revenue growth, earnings, earnings-per-share growth, or similar projections, are forward-looking statements within the meaning of the Reform Act. Because they are forward-looking, they should be evaluated in light of important risk factors that could cause actual results to differ materially from anticipated results. The information provided in this document is based upon the facts and circumstances known at this time. The Company undertakes no obligation to update these forward-looking statements after the date of this release.*

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cr-00395-ENV Document 352-8 Filed 09/15/17 Page 82 of 124 PageID #: 2117

# CodeSmart(TM) Group to Provide ICD-10 Consulting Services to CommuniCare Health Centers

*August 27, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Aug. 27, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART[TM] Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART[TM] UNIVERSITY, its on-line education solution and customizable training solutions, announces today that it will provide ICD-10 consulting services to CommuniCare Health Centers, located in Texas.

"CommuniCare, with its seven clinic locations in Texas, is dedicated to top quality patient care," said Ira Shapiro, Chairman and CEO of CODESMART™. "However, it is equally important that health systems like CommuniCare also ensure that they are prepared for the change to ICD-10 to ensure that they can afford to maintain that high level of quality. We believe that our methodologies will ensure CommuniCare receives optimal reimbursement and profitability, which will allow it to continue to provide Texans excellent medical care and services."

CommuniCare Health Centers is a full-service primary healthcare system serving in both Bexar and Hays counties, Texas. It offers an array of services including pediatric medicine, family medicine, senior care, women's health, podiatry, dental, behavioral health, minor surgery clinic, optometry and optical services, and pediatric speech therapy. It delivers care through seven clinic locations utilizing integrative primary care practice, highly trained healthcare providers, state of the art diagnostic equipment, and electronic health records.

"CommuniCare has long been focused on a holistic model of excellent care and efficient operations," said Paul Nguyen, MHA, president and CEO, CommuniCare. "Utilizing CodeSmart's services will ensure that we are prepared for the change to ICD-10 well ahead of the deadline, and will be able to continue to provide the level of service that Texans in Bexar and Hays counties have come to expect and rely on."

**About CodeSmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of

ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217


Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cr-00593 ENV Document 352-8 Filed 09/15/17 Page 84 of 124 PageID #: 2119

enter keywords or codes



Codes　　Info　　Tools　　Topics　　Community　　　See Product Video　　　Free Trial　　　Pricing　　　Sign In

> Home > Find-A-Code Focus Newsletter > 2013 August

Viewing:　Sep 5, 2017



**Get our FREE Newsletter**

**Poll**

What is your primary credentialing organization?

- ○ AAPC
- ○ AHIMA
- ○ PAHCOM
- ○ AHCAE

Vote →

# Press Release: Find-A-Code Partners with CODESMART University

*August 29, 2013*

NEW YORK, Aug. 29, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (ITEN), with its subsidiary, The CODESMART[TM] Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART[TM] UNIVERSITY, its on-line education solution and customizable training solutions, announces today that it is partnering with Find-A-Code, the leading provider of on-line coding and billing information to make ICD-10 training materials available to Find-A-Code customers.

"Find-A-Code provides current coders with important resources in order to do their jobs well," said Ira Shapiro, Chairman and CEO of CODESMART(TM). "However, with the change to ICD-10, many of the resources will soon be outdated, and existing coders will need additional resources to ensure that they keep current, and provide medical practices and hospitals with accurate coding."

"CODESMART[TM] UNIVERSITY created an in-depth training system to help prepare the Industry for the upcoming transition to ICD-10," said LaMont Leavitt, CEO of Find-A-Code. "We are excited to be offering CODESMART[TM] UNIVERSITY's ICD-10 training program to our customers as a featured education and training resource. The CODESMART[TM] UNIVERSITY courses are designed for both new and experienced coders. There is also a course specifically designed for clinicians."

**About Find-A-Code(TM)**

Find-A-Code provides the most complete medical coding and billing resource library available anywhere. Find-A-Code's online libraries include extensive information for all major code sets (ICD-9, CPT(R), HCPCS, DRG, APC, NDC, ICD-10 and more) along with a wealth of supplemental information such as newsletters and manuals (AHA Coding Clinics, CPT Assistant, DH Newsletters, Medicare Manuals). All information is indexed, searchable and organized for quick access and extensive cross-referencing. FindACode.com, is designed to help coders avoid denials, save time, and get fast answers to medical coding and billing questions using a wide variety of integrated and cross-linked information sources.

To learn more about Find-A-Code's CODESMART[TM] UNIVERSITY courses visit: www.findacode.com or contact LaMont Leavitt CEO lamont@findacode.com 801-770-4203 ext 101.

**About Codesmart(TM)**

CodeSmart Holdings, Inc. (ITEN) with its subsidiary, The CODESMART(TM) Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART(TM) UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides

**Articles by Month**

August 2017  - 8
July 2017  - 5
June 2017  - 8
May 2017  - 7
April 2017  - 13
March 2017  - 10
February 2017  - 12
January 2017  - 6
December 2016  - 8
November 2016  - 9
October 2016  - 14
September 2016  - 8
August 2016  - 5
July 2016  - 18
June 2016  - 8
May 2016  - 3
April 2016  - 5
March 2016  - 9
February 2016  - 12
January 2016  - 13

**2015** - View
**2014** - View
**2013** - View
**2012** - View
**2011** - View
**2010** - View
**2009** - View
**2008** - View

Case 1:14-cr-00093-LM Document 382-8 Filed 09/15/17 Page 85 of 124 PageID #: 2120

interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART(TM) UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART(TM) Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART(TM) UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

### ###

**Share:**

## More Articles in August 2013

- *Aug 27, 2013*
  New 1500 Claim Form Approved by OMB
- *Aug 24, 2013*
  New: 2013 July Edition of the Medicare Quarterly Provider Compliance Newsletter
- *Aug 23, 2013*
  New: Fees for Medical Records By State
- *Aug 06, 2013*
  6 New Find-A-Code Articles

Free 28 Day Trial
No Credit Card Required

Pricing
Starting at $4.95/month

Sign In
Welcome back!

| | | |
|---|---|---|
| Home | ICD-10-CM Diagnosis Codes | ABN Forms |
| Search | ICD-10-PCS Procedure Codes | CMS 1500 Claim Form |
| News | CPT Codes | Place of Service Codes |
| Affiliate Program | CPT Code Modifiers | UB04 Claim Form |
| Developer Tools | HCPCS Codes | DRGs & APCs |
| Contact Us | HCPCS Level II Code Modifiers | DRG Grouper |
| Tutorials | NDC National Drug Codes | Provider Taxonomy Codes |
| Privacy Policy | ICD 9 Codes - Vol. I | NPI Look-Up Tool (National Provider Identifier) |
| Terms of Use | ICD-9-CM Procedure Codes Vol. III | NCCI Edits Validator |
| Subscription Agreement | ABC Codes Code Set | DMEPOS Products & Codes |
| Links | MIPS Merit-based Incentive Payment System | Scrub-A-Claim - Medical Claim Scrubber |
| Articles | PQRS 2007-2016 R.I.P. | Code-A-Note - Code Provider Notes |
| About Us | Medicare Guidelines | E/M Guidelines |



Find A Code, LLC - 62 East 300 North, Spanish Fork, UT 84660 - Phone 801-770-4203 (9-5 Mountain) - Fax (801) 770-4428

Copyright © 2000-2017 Find A Code, LLC - All Rights Reserved - CPT® copyright 2016 American Medical Association - All Rights Reserved

# Codesmart(TM) Group to Provide ICD-10 Training and Materials to Find-A-Code

*August 29, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Aug. 29, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART[TM] Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART[TM] UNIVERSITY, its on-line education solution and customizable training solutions, announces today that it is partnering with Find-A-Code, the leading provider of on-line coding and billing information to make ICD-10 training materials available to Find-A-Code customers.

"Find-A-Code provides current coders with important resources in order to do their jobs well," said Ira Shapiro, Chairman and CEO of CODESMART™. "However, with the change to ICD-10, many of the resources will soon be outdated, and existing coders will need additional resources to ensure that they keep current, and provide medical practices and hospitals with accurate coding."

"CODESMART[TM] UNIVERSITY created an in-depth training system to help prepare the Industry for the upcoming transition to ICD-10," said LaMont Leavitt, CEO of Find-A-Code. "We are excited to be offering CODESMART[TM] UNIVERSITY's ICD-10 training program to our customers as a featured education and training resource. The CODESMART[TM] UNIVERSITY courses are designed for both new and experienced coders. There is also a course specifically designed for clinicians."

**About Find-A-Code™**

Find-A-Code provides the most complete medical coding and billing resource library available anywhere. Find-A-Code's online libraries include extensive information for all major code sets (ICD-9, CPT®, HCPCS, DRG, APC, NDC, ICD-10 and more) along with a wealth of supplemental information such as newsletters and manuals (AHA Coding Clinics, CPT Assistant, DH Newsletters, Medicare Manuals). All information is indexed, searchable and organized for quick access and extensive cross-referencing. FindACode.com, is designed to help coders avoid denials, save time, and get fast answers to medical coding and billing questions using a wide variety of integrated and cross-linked information sources.

To learn more about Find-A-Code's CODESMART[TM] UNIVERSITY courses visit:
www.findacode.com or contact LaMont Leavitt CEO lamont@findacode.com 801-770-4203 ext

101.

## About Codesmart™

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378

Find-A-Code Contact:
LaMont Leavitt
CEO
801-770-4203, Ext. 101
```

**Newsire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal

Case 1:14-cr-00399-ENV Document 852-8 Filed 09/15/17 Page 88 of 124 PageID #: 2123

- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# For Several Minutes OTC Markets Erroneously Downgraded CodeSmart(TM)

OTC Markets Has Corrected Its Error

*September 04, 2013 13:03 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Sept. 4, 2013 (GLOBE NEWSWIRE) -- The OTC Markets website, for several minutes today, erroneously downgraded CodeSmart Holdings, Inc. (OTCQB:ITEN) (the "Company") to be on OTC Pink. OTC Markets immediately corrected its error after the Company brought this issue to its attention. OTC Market has promptly restored the Company's common stock to be trading on OTCQB.

**About CodeSmart™**

CodeSmart Holdings, Inc. (OTCQB: ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The CodeSmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217
```

Case 1:14-cr-00399-ENV  Document 382-8  Filed 09/15/17  Page 90 of 124 PageID #: 2125

```
Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# Codesmart(TM) Group to Partner With IOS Health Systems for ICD-10 Consulting Services

*September 05, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Sept. 5, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART<sup>TM</sup> Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART<sup>TM</sup> UNIVERSITY, its on-line education solution and customizable training solutions, announces today that IOS Health Systems will be a valued provider of the company's ICD-10 training services.

"Medical practices and health centers are edging closer and closer to the October 1, 2014 deadline to be ICD-10 compliant," said Ira Shapiro, Chairman and CEO of CODESMART™. "Partnering with IOS Health Systems helps us reach thousands of current professionals to ensure that they are compliant with the new regulations."

Andrew Carricarte, President and CEO of IOS Health Systems stated, "As we continue to lead the marketplace and provide our clients with new advances to Medios® we also find it important to make available the appropriate educational and training resources necessary for our clients to succeed. Partnering with Codesmart offers them this opportunity."

**About IOS Health Systems**

IOS Health Systems was founded on the principles that practical technology and first-class service must be integrated as one. Over the last 25 years, IOS's owners and affiliates have delivered effective and innovative health care solutions throughout the industry. IOS Health Systems prides itself by providing the most innovative and easy to use and implement solutions on the market today. From electronic health records to practice management and patient coordination systems we make sure that our solutions make the delivery of care easy, safe and secure.

**About Codesmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more

Case 1:14-cr-00359-ETN Document 552-8 Filed 09/15/17 Page 92 of 124 PageID #: 2127

than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cr-00809-ENV   Document 552-8   Filed 09/15/17   Page 93 of 124 PageID #: 2123

# CodeSmart(TM) Group's CODESMART(TM) UNIVERSITY to Offer Financial Aid Option for New ICD-10 Coders

*September 10, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Sept. 10, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART$^{TM}$ Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART$^{TM}$ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that it will be offering the option of financial aid for new coders who enroll in its CODESMART$^{TM}$ UNIVERSITY program.

"Based on the fact that our healthcare system is about to be flooded with new patients as well as a significant increase in the number of codes required for adequate reimbursement, it is essential that new coders are introduced into the market to handle the increase," says Ira Shapiro, CEO of CODESMART™. "It is our intention that offering new coders financial aid toward an education in ICD-10 certification will help to increase enrollment and help to ensure that our country is ready for ICD-10 in the fall of 2014. At the same time, this will be a tremendous opportunity for those seeking a new career as a medical coder."

The new financing option will be offered through a number of financial institutions to be announced at a later time.

**About CodeSmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

9/5/2017    CodeSmart(TM) Group's CODESMART(TM) UNIVERSITY to Offer Financial Aid Option for New ICD-10 Coders : Pink Sheets | TFN

Case 1:14-cr-00399-ENV   Document 332-8   Filed 09/15/17   Page 94 of 124 PageID #: 2129

To learn more about The CODESMART™ Group's proprietary programs, visit

[www.codesmartgroup.com](www.codesmartgroup.com).

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cv-06799-LTS    Document 352-6    Filed 09/19/17    Page 95 of 124 PageID #: 2136

# Codesmart(TM) Group Partners with LearnScale(TM) to Provide Enrollment Services for CODESMART(TM) UNIVERSITY Students

*September 12, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Sept. 12, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART[TM] Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART[TM] UNIVERSITY, its on-line education solution and customizable training solutions, announces today that it has partnered with The Learning Corporation, Inc., doing business as LearnScale[TM], to provide enrollment services and financing options for students interested in CODESMART[TM] UNIVERSITY'S ICD-10 certification programs.

"This partnership is very important as it represents our first foray into reaching out directly to individual students to offer our CODESMART[TM] UNIVERSITY programs," said Ira Shapiro, Chairman and CEO of CODESMART[TM]. "We have chosen LearnScale to provide enrollment and call center services to potential students and offer convenient payment options. LearnScale will be instrumental in assisting potential new coders to fill the hundreds of thousands of new jobs that will become available as a result of the switch to ICD-10 next year."

LearnScale leverages over 20 years of experience developing, marketing, and selling education and training solutions. It partners with universities and organizations to help them identify and develop new revenue streams by providing them with the resources to take new programs to market. "LearnScale works with its partners to provide reliable, scalable, and cost-effective solutions to build new programs, generate demand, and provide sales and call center resources to turn prospects into customers," said LearnScale COO David Knight. "We are thrilled to be working with CODESMART[TM] UNIVERSITY to manage the enrollment process for this vitally important program." For more information about LearnScale, visit www.learnscale.com.

**About Codesmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART[TM] Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART[TM] UNIVERSITY, is an on-line program of study for existing coders, new

coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART[TM] UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART[TM] Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART[TM] UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cr-00535-LAK-4 Document 352-3 Filed 09/13/17 Page 97 of 124 PageID #: 2182

# CodeSmart(TM) Group's CODESMART(TM) UNIVERSITY Named the Exclusive Provider of ICD-10 Accreditation at Oakton Community College

*September 17, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Sept. 17, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART[TM] Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART[TM] UNIVERSITY, its on-line education solution and customizable training solutions, announces today that it will be the exclusive provider of ICD-10 training for Oakton Community College in Illinois.

"CODESMART[TM] UNIVERSITY continues to offer the best ICD-10 training available in the United States, " said Ira Shapiro, Chairman and CEO of CODESMART™. "We look forward to our continued expansion West of the Mississippi, and to help both new coders and medical practices and hospital systems become ICD-10 compliant prior to the October 1, 2014 deadline."

CODESMART[TM] UNIVERSITY will be offered at Oakton through its Continuing Education program.

"We are excited to partner with CODESMART and enhance our Online Continuing Education programs," said Merrill L. Irving, Jr., Ed.D., Associate Vice President, Continuing Education, Training & Workforce Development, Oakton Community College. "This partnership will assist our mission to elevate our workforce and community with cutting edge learning opportunities."

Oakton Community College/ALL Continuing Education for Health Professionals (CEHP) program is an approved provider of continuing education. The CEHP Program provides Continuing Education Units (CEU) for health professionals and paraprofessionals in the following professions Social Workers, Professional Counselors, Marriage and Family Therapists; Registered Nurses; Addiction Counselors, Nursing Home Administrators; Dietitians, Speech-Language Pathologists/Audiologists, Occupational Therapists, X-Ray Technicians, Respiratory Care Therapists and Physical Therapists. Oakton Community College/ALL CEHP has been approved to provide professional continuing education units (CEU), which meet the recertification criteria for many professional groups.

**About CodeSmart™**

Case 1:14-cr-00059-ERW Document 352-3 Filed 09/15/17 Page 98 of 124 PageID #: 2183

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# CodeSmart(TM) Group Taps the Employment Network to Provide Student Referrals for CODESMART(TM) UNIVERSITY

*September 19, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Sept. 19, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART<sup>TM</sup> Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART<sup>TM</sup> UNIVERSITY, its on-line education solution and customizable training solutions, announces today that it has partnered with the Employment Network to identify and connect with new students interested in CODESMART<sup>TM</sup> UNIVERSITY'S ICD-10 certification programs.

"This partnership is very important as the Employment Network reaches out directly to individuals seeking career opportunities and training through various online and other resources to offer our CODESMART<sup>TM</sup> UNIVERSITY programs," said Ira Shapiro, Chairman and CEO of CODESMART™. "Employment Network will be instrumental in assisting CodeSmart<sup>TM</sup> to identify potential new coders to fill the hundreds of thousands of new jobs that will become available as a result of the switch to ICD-10 next year."

Employment Network is committed to continually raising the bar as one of the leading job and training resource sites in the nation. Its flagship site, FindTheRightJob.com, reaches more than 10 million job seekers each month, connecting them with career and training information to further their future. The portal offers a quick and easy way for individuals to view local, relevant career-related opportunities, as well as apply to vocational programs and positions that are the best matches for them.

"We are excited about partnering with The CodeSmart<sup>TM</sup> Group to help those eager to forge a career in medical coding, as well as provide a seamless training solution for those already in the field in need of certification updates," says Jordon Keltz, Employment Network's chief executive officer. "Our vast audience and reach gives us the ability to attract ambitious professionals specifically interested in ICD-10 training, and connect them to CodeSmart's certification programs so they can advance their careers."

**About CodeSmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The CodeSmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# Harvey Bair Joins Codesmart(TM) Group as Vice President of Quality and Analytics

*September 24, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Sept. 24, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART^TM Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART^TM UNIVERSITY, its on-line education solution and customizable training solutions, announced today that it has hired Harvey Bair as Vice President of Quality and Analytics.

"Harvey's experience is a credit to the Codesmart team, bringing additional credibility and perspective on the industry as both a practitioner and consultant," said Ira Shapiro, Chairman and CEO of CODESMART™. "His understanding of hospital systems and policies makes him an important asset to our consulting business both in terms of development and execution."

Mr. Bair has more than 25 years of healthcare provider experience, including clinical documentation processes, project management, quality process improvement and clinical nursing and administration. He has served a variety of healthcare clients, including academic medical centers, integrated delivery systems and community hospitals. He is also a registered nurse with diverse experience in critical, acute, chronic, and long-term care settings relating to clinical nursing, education, management, performance improvement, case management and infection control. He has held several director level positions in nursing, performance improvement, case-management and infection control.

Previously, Mr. Bair oversaw management of a multiple hospital system; development, implementation and education of diverse CDI programs and projects, including oversight and direct CDI training on ICD-10, MS-DRG, APR-DRG, physician education and oversight of other consulting staff during the project implementation; meeting with executive level members and reviewing CDI progress reports, financial impact and program recommendations; performing follow up visits for clinical documentation specialists and tracking program progress as well as mature program assessment and reinvigoration; and developing various tools supporting APR-DRG and ICD-10 systems.

He holds a Ph.D. and an M.S. in healthcare administration, is an AHIMA approved ICD-10 Trainer and is a certified clinical documentation specialist.

## About Codesmart™

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

Case 1:14-cr-00399-ENV Document 362-8 Filed 09/15/17 Page 103 of 124 PageID #: 2138

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cr-00399-ENV   Document 332-8   Filed 09/15/17   Page 104 of 124 PageID #: 2139

# CodeSmart(TM) Retains OmniView Capital as Advisor

*September 25, 2013 09:00 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Sept. 25, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART$^{TM}$ Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART$^{TM}$ UNIVERSITY, its on-line education solution and customizable training solutions, announced today that it has retained OmniView Capital LLC ("OmniView Capital") as a non-exclusive advisor to assist the company in, among other things, capital and transaction strategy and structuring, company valuation analysis as well as market and industry research.

"We have a very positive history with OmniView Capital, and they have been instrumental in guiding our development to date," says Ira Shapiro, CEO of CodeSmart™. "We are grateful for the work OmniView Capital has done with us thus far and look forward to further collaboration to help CodeSmart$^{TM}$ continue to grow and become stronger in the market."

Abraxas J. Discala, CEO of OmniView Capital stated, "The adoption of ICD-10 in the U.S. has created what industry experts believe the biggest change in healthcare in over 40 years. CODESMART$^{TM}$ UNIVERSITY is addressing a meaningful portion of this multi-billion dollar healthcare IT market. We are committed to participating in any future financing."

**ICD-10**

ICD-10, or the tenth revision of the International Classification of Diseases, is a World Health Organization-approved designation of the aspects of disease treatment. These include categories of diseases and treatment modalities, broken down into more than 141,000 designations. The previous ICD had only 17,000 codes, diagnoses and procedures. The United States is one of the last countries in the world to adopt these standards. Although Forbes magazine predicts that most practices and hospitals have are not ICD-10-ready, the Department of Health and Human Services has mandated that all medical practices, hospitals and other medical record-keeping organizations be trained and ICD-10 compliant by **October 1, 2014**. This is essential as the Center for Medicare and Medicaid services will also be adopting the ICD-10 standard and will require proper medical coding in order to provide reimbursement.

**About OmniView Capital LLC**

Case 1:14-cr-00399-ENV Document 352-8 Filed 09/15/17 Page 105 of 124 PageID #: 2140

OmniView Capital LLC is a privately held investment advisory and merchant-banking firm. The OmniView team has over 20 years of experience in merchant banking and principal investing, and advised over $1 billion in secured debt, equity, and mezzanine financing transactions across a spectrum of industries. OmniView Capital seeks out financially sound companies to create a true partnership by adding the required capital, assuming the risk and providing advice to help companies achieve their goals and provide significant added value beyond the capital investment. For more information, please visit www.omniviewcap.com.

**About Codesmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home

- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses and Consulting Services Named the Exclusive Partner of Ramapo College of New Jersey for ICD-10 Services

*September 26, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Sept. 26, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART$^{TM}$ Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART$^{TM}$ UNIVERSITY, its on-line education solution and customizable training solutions, announces today that Ramapo College of New Jersey has selected CODESMART™ UNIVERSITY as its exclusive provider for ICD-10 education through its Center for Innovative and Professional Learning.

"We have specifically designed our CODESMART™ UNIVERSITY products to work seamlessly in a variety of contexts, whether through a university system or through other consulting groups that specialize in the healthcare field," said Ira Shapiro, Chairman and CEO of CodeSmart. "Our partnership with Ramapo College of New Jersey represents our initial presence in the state, and we believe that this partnership, along with the medical community with which Ramapo is affiliated, will help to prepare the region for the challenges ahead with regard to the ICD-10 conversion."

Ranked by *U.S.News & World Report* as sixth in the Best Regional Universities North category, Ramapo College of New Jersey is sometimes mistaken for a private college. Established in 1969, Ramapo College offers bachelor's degrees in the arts, business, humanities, social sciences and the sciences, as well as in professional studies, which include nursing and social work. In addition, Ramapo College offers courses leading to teacher certification at the elementary and secondary levels. The College also offers six graduate programs as well as articulated programs with the University of Medicine and Dentistry of New Jersey, New York Chiropractic College, New York University College of Dentistry, SUNY State College of Optometry and New York College of Podiatric Medicine.

**ICD-10**

ICD-10, or the tenth revision of the International Classification of Diseases, is a World Health Organization-approved designation of the aspects of disease treatment. These include categories of diseases and treatment modalities, broken down into more than 141,000 designations. The

9/5/2017 Codesmart(TM) Group's CODESMART(TM) UNIVERSITY ICD-10 Courses and Consulting Services Named the Exclusive Partner of Ramapo Co…

Case 1:14-cv-06989-ENV Document 93-8 Filed 09/15/14 Page 108 of 124 PageID #: 2403

previous ICD had only 17,000 codes, diagnoses and procedures. The United States is one of the last countries in the world to adopt these standards. The Department of Health and Human Services has mandated that all medical practices, hospitals and other medical record-keeping organizations be trained and ICD-10 compliant by **October 1, 2014**. This is essential as the Center for Medicare and Medicaid services will also be adopting the ICD-10 standard and will require proper medical coding in order to provide reimbursement. For more information about the CODESMART UNIVERSITY ICD-10 courses offered at Ramapo College of New Jersey, please visit www.ramapo.edu/cipl/icd.

**About Codesmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. The program was created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378

Center for Innovative and Professional Learning (A-216)
Ramapo College of New Jersey
505 Ramapo Valley Road
```

Case 1:14-cr-00899-ENV  Document 932-8  Filed 09/13/17  Page 109 of 124 PageID #: 2144

Mahwah, New Jersey 07430
201.684.7370

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

---

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# CodeSmart(TM) Group Tapped to Provide ICD-10 Education and Consulting Services for the Veterans Affairs Office in Texas

*October 01, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Oct. 1, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART™ Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART™ UNIVERSITY, its on-line education solution and customizable training solutions, announced today that it has received a contract through the United States Department of the Interior to provide ICD-10 educational services to the Veterans Affairs office located in Austin, Texas. This is the first of several contracts obtained through CodeSmart's relationship with TNT Educational Services.

"This opportunity is very important to CodeSmart, as ICD-10 education is an important opportunity for military veterans," said Ira Shapiro, Chairman and CEO of CODESMART™. "ICD-10-compliant coding presents an excellent job opportunity, as it provides a viable income and marketable skills in an extremely in-demand area with significant need. We are proud to be able to initiate a relationship with the Office of Veterans Affairs to help spread the word to US military veterans everywhere and are grateful to TNT Educational services for being a solid partner in obtaining these opportunities with the federal government."

TNT Educational Services (TNT) is a certified woman-owned small, HUBzone business that has secured employee training grants for private and public companies, for-profit, non-profit, community and religious based organizations nationwide. Its operations began in New Jersey in 1997, where TNT is on the Eligible Provider List as an approved training vendor by the NJ Department of Labor. To date, TNT has vendor certifications and approvals of vendor-related training throughout the United States. TNT Educational Services provides educational and vocational training. As a training vendor, TNT's team is a diverse staff leveraging varied expertise amongst a selection of industries. In September 2012, TNT was awarded a General Services Administration (GSA) Schedule, Contract # GS10F0480Y.

## About CodeSmart™

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new

9/5/2017 CodeSmart(TM) Group Tapped to Provide ICD-10 Education and Consulting Services for the Veterans Affairs Office in Texas Pink Sheets:ITEN

Case 1:14-cv-06093-ERV Document 252-8 Filed 09/15/15 Page 111 of 124 PageID #: 2146

coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The CodeSmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# CodeSmart(TM) Group to Provide ICD-10 Consulting Services to North Oaks Health System

*October 03, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Oct. 3, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART$^{TM}$ Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART$^{TM}$ UNIVERSITY, its on-line education solution and customizable training solutions, announced today that it will provide ICD-10 consulting services to North Oaks Health System, located in Louisiana.

"North Oaks Health System represents one of CodeSmart's first clients in Louisiana to start their training," said Ira Shapiro, Chairman and CEO of CODESMART™. "We are dedicated to helping health systems and medical practices across the nation to ensure that they are ICD-10 ready in order to receive appropriate reimbursement and remain profitable."

North Oaks Health System is one of Louisiana's largest and most progressive community hospital organizations and is strategically based between New Orleans and Baton Rouge. For more than 50 years, it has made it its mission to optimize the health care experience through compassion and innovation. Facilities in Tangipahoa and Livingston Parishes include an acute care hospital, a rehabilitation hospital, two outpatient diagnostic & treatment centers, an outpatient surgery center, two outpatient rehabilitation clinics, a hospice agency and a growing physician group for primary and specialty care. - See more at: http://www.northoaks.org.

**About CodeSmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition,

9/5/2017
CodeSmart™ Group to Provide ICD-10 Consulting Services to North Oaks Health System Pink Sheets: TSN...

Case 1:14-cr-00339-ENV Document 352-8 Filed 09/15/17 Page 113 of 124 PageID #: 2148

outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cv-06399-ENV Document 352-8 Filed 09/15/17 Page 114 of 124 PageID #: 2449

# CodeSmart(TM) Group Has Started Providing ICD-10 Consulting Services to San Jorge Children's Hospital in Puerto Rico

*October 09, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Oct. 9, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART^TM Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART^TM UNIVERSITY, its on-line education solution and customizable training solutions, announced today that it will provide ICD-10 consulting services to San Jorge Children's Hospital, located in Santurce, Puerto Rico.

Training will begin with the hospital's 13 on-staff coders, which will be followed by another 300 clinicians that will also require ICD-10 training through the CODESMART platform.

"We have begun to penetrate the Puerto Rico market with San Jorge Children's Hospital, a market that provides significant opportunity for CodeSmart'," said Ira Shapiro, Chairman and CEO of CODESMART™. "We are dedicated to helping medical practices and hospitals across the nation to ensure that they are ICD-10 ready in order to receive appropriate reimbursement and remain profitable, and doing so with children's hospitals is that much more important in order to ensure that families continue to be able to receive their services."

San Jorge Children's Hospital is the only private pediatrics hospital in Puerto Rico and the Caribbean. It services all pediatric sub-specialties; thus, making it a unique institution in its class. It has several specialized units, such as bone marrow transplants, plastic surgery, asthma, diabetes, poisoning, emergency room, oncology, pediatrics intensive care, and operation room with induction unit. San Jorge Children's Hospital houses 250 pediatricians and 100 specialized pediatric doctors.

**About CodeSmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more

than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com or www.codesmartuniversity.org.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# CodeSmart(TM) Group to Co-Sponsor Free ICD-10 Transition Seminar for Medical Professionals at Ramapo College of New Jersey

*October 16, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Oct. 16, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART$^{TM}$ Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART$^{TM}$ UNIVERSITY, its on-line education solution and customizable training solutions, announced today that it will be co-sponsoring a free information session for physician practices, hospitals and other healthcare professionals on how to ensure a smooth transition to the federally mandated ICD-10 medical coding system on Wednesday, October 23, 2013, at 8:00 AM. The seminar will be held at Ramapo College of New Jersey in Mahwah, New Jersey.

"While it is not directly connected to the Affordable Care Act, a fluid change to ICD-10 for businesses that require medical coding is all that more important as an additional 40 million new entries will enter into the healthcare system in January," said Ira Shapiro, Chairman and CEO of CODESMART™. "We hope that this seminar will help medical practices in New Jersey to better understand the requirements of ICD-10, and how to approach getting their coders and physicians up to speed and ready for the transition. We also hope the seminar will help them to understand the unique opportunities that ICD-10 will provide in terms of job creation, and economic growth not only for New Jersey, but for the entire nation."

Online registration for the free informational seminar is required. Please visit: www.ramapo.edu/cipl/icd-10 or call the Ramapo College Center for Innovative and Professional Learning at (201) 684-7370.

Ranked by U.S. News & World Report as sixth in the Best Regional Universities North category for public institutions, Ramapo College of New Jersey is sometimes mistaken for a private college. This is, in part, due to its unique interdisciplinary academic structure, its size of approximately 6,008 students and its pastoral setting in the foothills of the Ramapo Mountains on the New Jersey/New York border.

Established in 1969, Ramapo College offers bachelor's degrees in the arts, business, humanities, social sciences and the sciences, as well as in professional studies, which include nursing and social work. In addition, Ramapo College offers courses leading to teacher certification at the

elementary and secondary levels. The College also offers five graduate programs as well as articulated programs with the University of Medicine and Dentistry of New Jersey, New York Chiropractic College, New York University College of Dentistry, SUNY State College of Optometry and New York College of Podiatric Medicine.

**About ICD-10**

ICD-10, or the tenth revision of the International Classification of Diseases, is a World Health Organization-approved designation of the aspects of disease treatment that include categories of diseases and related treatment modalities. The U.S. Department of Health and Human Services has mandated that all medical practices, hospitals and other medical record keeping organizations be ICD-10 compliant by October 1, 2014. Training in ICD-10 to be in compliance of the mandate is also essential to insurance carriers for providing reimbursement, including the Center for Medicare and Medicaid Services. Therefore, there is an immediate need for ICD-10 training for new and existing physicians, clinicians, coders, hospital executives, and other personnel involved in patient care and health records.

**About CodeSmart™**

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. The program was created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
```

BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378

Ramapo College of New Jersey
Center for Innovative and Professional Learning (A-216)
Ramapo College of New Jersey
505 Ramapo Valley Road
Mahwah, New Jersey 07430
201.684.7370

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

Case 1:14-cv-06556-PKC  Document 35-3  Filed 09/15/17  Page 119 of 124 PageID #: 2354

# CodeSmart(TM) Group to Partner With Avisena to Provide ICD-10 Training and Consulting Services to Medical Practice Groups

*October 23, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Oct. 23, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART$^{TM}$ Group, Inc. (collectively, "CODESMART"), a premier ICD-10 education and solutions group that offers CODESMART$^{TM}$ UNIVERSITY, its on-line education solution and customizable training solutions, announced today that it has entered into a partnership agreement with Avisena, one of the nation's leading providers of revenue cycle management software and services for physician practices, to provide ICD-10 training and consulting services to their clients.

"This is an important partnership for CodeSmart, as Avisena is a recognized name in revenue cycle management throughout the United States," said Shari Franey, president of CODESMART™. "This partnership represents important penetration into physician practices to ensure that they are not only preserving, but maximizing revenue in light of the new ICD-10 coding changes."

"We are very excited about this partnership with CodeSmart," said Joe Radigan. President and CEO of Avisena. "The depth and breadth of the ICD-10 education and training programs from CODESMART™ are an excellent addition to the overall Avisena ICD-10 strategy to assist our partner clients in preparing for these critical changes with technology and best practice processes."

**About Avisena**

Based in Miami, FL, Avisena is a cloud-based, Software as a Service (SaaS) healthcare technology and services company that provides fully-integrated software and comprehensive support services to help physician practices increase collections, reduce costs, engage patients, and improve operating efficiency. Avisena combines the power of industry-leading, web-based medical billing and practice-management software, **Avisena Practice Manager$^{SM}$**, with highly-efficient back office processing services and superior customer support. Avisena delivers on-demand insight into practice productivity and results that optimize workflow and improve financial performance. www.avisena.com

**About CodeSmart™**

Case 1:14-cr-00068-LNV  Document 332-9  Filed 09/15/17  Page 120 of 124  PageID #: 2155

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. The program was created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about CODESMART™ UNIVERSITY's proprietary programs, visit www.codesmartgroup.com.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-248-8550

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
JQA Partners, LLC

917-885-7378
```

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

---

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.

# CodeSmart(TM) Group Introduces Affordable, Turn-Key ICD-10 Transition Package for Physician Practices

Package Designed to be Non-Disruptive to Revenue Cycle

*October 31, 2013 08:40 ET* | **Source:** The Codesmart Group, Inc.

NEW YORK, Oct. 31, 2013 (GLOBE NEWSWIRE) -- CodeSmart Holdings, Inc. (OTCQB:ITEN), with its subsidiary, The CODESMART[TM] Group, Inc. (collectively, "CodeSmart[TM]"), a premier ICD-10 education and solutions group that offers CODESMART[TM] UNIVERSITY, its on-line education solution and customizable training solutions, announces today the national rollout of its new, streamlined, turn-key, ICD-10 transition package for physician practices. CodeSmart[TM] has already begun to reach out to its physician networks to introduce the new product, which is designed to be both affordable and complete.

A statement was made by the American Medical Association estimated that depending upon the size of the practice, the average cost for implementing an ICD-10 transition could range from $65,000 to $150,000. "CodeSmart[TM]'s turn-key transition program was designed to streamline the transition using best practices at a fraction of the national average," said Ira Shapiro, CEO of CodeSmart[TM].

The product, which is comprised of four phases, is designed to evaluate a physician practice on its ICD-10 readiness, as well as to bring the practice up to compliance, including the offer of outsourced ICD-10 coding with CodeSmart[TM]'s certified coders. The product is designed to ensure uninterrupted revenue cycle and provide the easiest approach to ensuring a smooth transition to ICD-10, which will become required for reimbursement on October 1, 2014. In addition, the package offers business management solutions offered through CodeSmart[TM]'s partner, Avisena, which helps decrease denials, maximize reimbursements, reduce account receivable balances, and increase overall visibility and control over physician practice revenue.

"Physician practices cite a number of reasons for not concentrating on ICD-10 readiness, ranging from a lack of time and resources to the anticipation that the ICD-10 deadline will be moved again," continued Mr. Shapiro. "However, it has been made clear that the deadline will not be postponed, so CodeSmart[TM] has developed a seamless transition product that begins with a review of current practices, followed by an easy to follow training program and concluded by a final evaluation to allow physician practices to meet the ICD-10 standards without sacrificing current workflow or revenue cycle."

Case 1:14-cv-00399-ENV-CLP Document 352-8 Filed 09/15/17 Page 123 of 124 PageID #: 4758

CodeSmart<sup>TM</sup>'s new physician product is equally equipped to accommodate large multi-office practices and small, rural healthcare facilities.

## About ICD-10

ICD-10, or the tenth revision of the International Classification of Diseases is a World Health Organization-approved designation of the aspects of disease treatment that include categories of diseases and treatment modalities for them, broken down in to more than 141,000 designations. The previous ICD had only 17,000 codes, diagnoses and procedures. The United States is among the last countries in the world to adopt these standards, but the Department of Health and Human Services has mandated that all medical practices, hospitals and other medical record keeping organization be trained and ICD-10 compliant by October 1, 2014. This is essential as the Center for Medicare and Medicaid services will also be adopting the ICD-10 standard and will require proper medical coding in order to provide reimbursement.

## About CodeSmart™

CodeSmart Holdings, Inc. (OTCQB:ITEN) with its subsidiary, The CODESMART™ Group, Inc., is a premier national subject matter expert for ICD-10 education and compliance in the United States. Its product, CODESMART™ UNIVERSITY, is an on-line program of study for existing coders, new coders, clinicians, and healthcare roles of all types. Created by a combination of a leading panel of ICD-10 subject matter experts and a major four-year accredited university, which contributed the nation's top course designers and a platform that already provides interactive education to more than 60,000 students per year in degree programs. The ICD-10 training also includes live professors who work with and guide students through the programs of study in ICD-10.

CODESMART™ UNIVERSITY is endorsed by over 60 colleges and universities nationwide for its quality of education. The CODESMART™ Group, Inc. also provides solutions for ICD-10 transition, outsource coding, coding audits, critical documentation improvement and the revenue cycle continuum.

To learn more about The CODESMART™ Group's proprietary programs, visit www.codesmartgroup.com.

```
Company Contact:
Ira Shapiro
Chairman and CEO
The Codesmart Group, Inc.

646-526-7867

Investor Contact:
John Baldissera
BPC Financial Marketing
800-368-1217

Media Contact:
Jules Abraham
```

JQA Partners, LLC

917-885-7378

---

**Newswire Distribution Network & Management**

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

ABOUT US

**GlobeNewswire**, a Nasdaq company, is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2017 GlobeNewswire, Inc. All Rights Reserved.