First independence Corp. (FICF) and Codesmart Group, Inc. Reverse Merger

|  | Original: | 1:2 |  | 1:8 |
|---|---:|---:|---|---:|
| **Codesmart Insiders** | 4,500,000 | 9,000,000 |  | 36,000,000 |
| *Ira Shapiro* |  |  |  |  |
| **Bridge Investors** |  |  |  |  |
| EPSC | 68,750 | 137,500 |  | 550,000 |
| Marc Wexler | 87,500 | 175,000 |  | 700,000 |
| **PIPE Investors** |  |  |  |  |
| Marc Wexler | 28,125 | 56,250 |  | 225,000 |
| Fidelis Holding | 28,125 | 56,250 |  | 225,000 |
| Joseph Discala | 28,125 | 56,250 |  | 225,000 |
| Omniview Capital, LLC | 28,125 | 56,250 |  | 225,000 |
| Marc Wexler | 28,125 | 56,250 |  | 225,000 |
| AJ Discala | 28,125 | 56,250 |  | 225,000 |
| Fidelis Holding | 238,333 | 476,666 |  | 1,906,664 |
| Hilary M Auerbach | 150,000 | 300,000 |  | 1,200,000 |
| Lucy Ostrovsky | 125,000 | 250,000 |  | 1,000,000 |
| Marlene Goepel | 12,500 | 25,000 |  | 100,000 |
| Marlene Goepel (Pool) | 156,250 | 312,500 |  | 1,250,000 |
| JFS Investment | 104,167 | 208,334 |  | 833,336 |
| Draper Inc. | 104,166 | 208,332 |  | 833,328 |
| Hudsonpark Capital (to F) | 74,167 | 148,334 |  | 593,336 |
| Marc Wexler | 375,000 | 750,000 |  | 3,000,000 |
| Chris Hergelegiu | 147,500 | 295,000 |  | 1,180,000 |
| Joseph Discala | 250,000 | 500,000 |  | 2,000,000 |
| Omniview Capital, LLC | 362,500 | 725,000 |  | 2,900,000 |
| EPSC | 187,500 | 375,000 |  | 1,500,000 |
| Darren Ofsink | 125,000 | 250,000 |  | 1,000,000 |
| Garper LLC | 125,000 | 250,000 |  | 1,000,000 |
| Matthew Bell | 125,000 | 250,000 |  | 1,000,000 |
| Abraxas Discala | 68,750 | 137,500 |  | 550,000 |
| Matthew Morris | 31,250 | 62,500 |  | 250,000 |
| Michael Morris | 31,250 | 62,500 |  | 250,000 |
| **Christopher Collins (F)** | 12,500 | 25,000 |  | 100,000 |
| **Indus Consulting (F)** | 41,667 | 83,333 |  | 333,333 |
| **Joe Kane (F)** | 31,250 | 62,500 |  | 250,000 |
| **Daniel Suozzi (F)** | 18,750 | 37,500 |  | 150,000 |
| Charles Bonnan (CH) | 40,000 | 80,000 |  | 320,000 |
| Kensington Trust (CH) | 62,500 | 125,000 |  | 500,000 |
| **Total free shares** | 3,000,000 | 5,999,999 |  | 23,999,997 |
| **Bridge shares** | 156,250 | 312,500 |  | 1,250,000 |
| **PIPE Shares** | 168,750 | 337,500 |  | 1,350,000 |
| **Total Investors** | 3,325,000 | 6,649,999 |  | 26,599,997 |
| **Total shares** | 7,825,000 | 15,649,999 |  | 62,599,997 |
|  | 42% | 42% |  | 42% |
| OmniView/Fidelis | 657,083 | 1,314,166 |  | 5,256,664 |
| AJ | 253,125 | 506,250 |  | 2,025,000 |
|  | 910,208 | 1,820,416 |  | 7,281,664 |
|  | 12% |  |  |  |

D:\CodeSmart\cap table final