

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SCJ/PH/MEB  
F. #2013R01203

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 22, 2017

By E-mail

Charles A. Ross, Esq.  
Trinity Centre  
111 Broadway, Suite 1401  
New York, NY 10006

Roland G. Riopelle  
Sercarz & Riopelle LLP  
810 Seventh Avenue, Suite 620  
New York, NY 10019

Amy Walsh, Esq.  
Morvillo LLP  
500 5th Avenue, 43rd Floor  
New York, NY 10110

Maranda E. Fritz, Esq.  
Thompson Hine LLP  
335 Madison Avenue, 12th Floor  
New York, NY 10017

Re: United States v. Discala, et al.
    Criminal Docket No. 14-399 (S-1) (ENV)

Dear Counsel:

Pursuant to Court's order regarding a venue bill of particulars, the government respectfully refers the parties to pages 12-13 of the memorandum of law the government filed on November 17, 2017, in response to the defendants' pretrial motions. (ECF No. 380). Please find attached documents provided by the Depository Trust & Clearing Corporation ("DTCC"), and bluesheet data for trades in CodeSmart where the accounts are listed as having an address with a zip code in the Eastern District of New York ("EDNY").

Also, with respect to Count Four, the government expects to present evidence at trial to show that individuals based in the EDNY invested in Cubed and sent money from the

Defense Counsel
November 22, 2017
Page 2

EDNY to either Kyleen Cane or AJ Discala, along with documents reflecting the investment. In addition, EDNY individuals placed trades in Cubed stock at Discala's direction.

                Very truly yours,

                BRIDGET M. ROHDE
                Acting United States Attorney

By:     /s/
                Shannon C. Jones
                Patrick Hein
                Mark E. Bini
                Assistant U.S. Attorneys
                (718) 254-6379 (Jones)

Attachments
Cc:    Clerk of Court (ENV) (by ECF w/o attachments)