**SERCARZ & RIOPELLE, LLP**
810 SEVENTH AVENUE, SUITE 620
NEW YORK, NEW YORK 10019

1-212-586-4900
FACSIMILE 1-212-586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

ROBERT CALIENDO
GIULIANA E. GRAHAM

*ADMITTED IN NY & NJ

December 6, 2017

BY ECF

Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. DiScala, et al.,**
S-1 Cr-14-399 (ENV)

Dear Judge Vitaliano:

I represent Defendant Kyleen Cane in the above-referenced matter. Today, I filed a Reply Memorandum in support of Ms. Cane's motions. That Memorandum has been redacted, in accordance with the Rules of the Eastern District of New York. A complete and unredacted copy of the Memorandum will be emailed to all parties directly, with a copy of this letter, and I will also email a copy of the unredacted Memorandum to Your Honor's Deputy.

In addition, I will, of course, provide the Court with an unredacted, hard copy of the Memorandum, as Your Honor's Rules require.

Respectfully submitted,

Roland G. Riopelle

Cc: All Parties (By ECF and Email)