# EXHIBIT A

## WIRETAP RECORDINGS CANE PROPOSES TO PLAY

1. Recording intercepted on May 6, 2014 at 9:48:31 a.m., speakers are Abraxis Discala ("Discala") and Paul Turino ("Turino") and subject matter is the issuance of press releases concerning Cubed's business operations.

2. Recording intercepted on May 7, 2014 at 9:34:01 a.m., speakers are Discala and Steven White ("White") and subject matter is keeping participants in the Cubed transaction "away" from Defendant Cane.

3. Recording intercepted on May 8, 2014 at 9:20:43 a.m., speakers are Discala and unidentified investor and subject matter is the benefit of the escrow account in Cubed shares.

4. Recording intercepted on May 8, 2014 at 2:08:25 p.m., speakers are Discala and White and subject matter is Cane's refusal to authorize the issuance of press releases concerning Cubed's business operations.

5. Recording intercepted on May 8, 2014 at 10:31:22 p.m., speakers are Discala and an unidentified investor and subject matter is the benefit of the escrow account in Cubed shares.

6. Recording intercepted on June 3, 2014 at 9:44:31 a.m., speakers are Discala and an unidentified broker and subject matter is Cane's failure to coordinate the selling of shares from the escrow account with other trading activities of Discala and others.

7. Recording intercepted on June 6, 2014 at 7:37:20 p.m., speakers are Discala and Michael Wehrs and subject matter is the beneficial nature of the escrow account in Cubed shares.