# EXHIBIT B

None

SMS Draft                          Linesheet - Session per Page                     User:    Michael C Braconi

| Session: | 9035 | Date: | 05/23/2014 | Classification: | SMS Pertinent | Duration: | 00:00:00 |
| Monitored By: | | Start Time: | 10:36:31 EDT | Complete: | Completed | Direction: | Incoming |
| In Digits: | 17322616430 | Associate Number: | (732) 261-6430 | Participants: | DISCALA, ABRAXAS WEXLER, MARC | | |

### Content (SMS - Pager)

Holy shit bro. Just checked !  I hope she's gonna re feed the supply , would hate to see it pull off this.  Visually awesome bro.

### Synopsis 1

### Comments

EDNY-ITEN-000021633

None

SMS Draft                          Linesheet - Session per Page                          User:    Michael C Braconi

| Session: | 9043 | Date: | 05/23/2014 | Classification: | SMS Pertinent | Duration: | 00:00:00 |
| Monitored By: | bgco | Start Time: | 10:38:53 EDT | Complete: | Completed | Direction: | Incoming |
| In Digits: | 17322616430 | Asscociate Number: | (732) 261-6430 | Participants: | DISCALA, ABRAXAS WEXLER, MARC | | |

### Content (SMS - Pager)

Crazy. Bro. Crazy. We gotta be careful let's keep this bitch up here. LOL.  WOW.  Bro

## Synopsis 1

## Comments

None

SMS Draft                          **Linesheet - Session per Page**              User:    Michael C Braconi

| Session: | 9045 | Date: | 05/23/2014 | Classification: | SMS Pertinent | Duration: | 00:00:00 |
|---|---|---|---|---|---|---|---|
| Monitored By: | bgco | Start Time: | 10:39:27 EDT | Complete: | Completed | Direction: | Outgoing |
| Out Digits: | 17322616430 | Asscociate Number: | (732) 261-6430 | Participants: | DISCALA, ABRAXAS WEXLER, MARC | | |

**Content (SMS - Pager)**

I'm on it bro

**Synopsis 1**

**Comments**

None

**Linesheet - Session per Page**              User:    Michael C Braconi

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Session:** | 9047 | **Date:** | 05/23/2014 | **Classification:** SMS Pertinent | | **Duration:** | 00:00:00 |
| **Monitored By:** | | **Start Time:** | 10:39:51 EDT | **Complete:** | Completed | **Direction:** | Incoming |
| **In Digits:** | 17322616430 | **Associate Number:** | (732) 261-6430 | **Participants:** | DISCALA, ABRAXAS WEXLER, MARC | | |

**Content (SMS - Pager)**

Lol no worries. So cool

**Synopsis 1**

**Comments**

None

SMS Draft                                    **Linesheet - Session per Page**                          User:        Michael C Braconi

| Session: | 9087 | Date: | 05/23/2014 | Classification: | SMS Pertinent | Duration: | 00:00:00 |
| Monitored By: | bgco | Start Time: | 10:50:30 EDT | Complete: | Completed | Direction: | Incoming |
| In Digits: | 17322516430 | Associate Number: | (732) 251-8430 | Participants: | DISCALA, ABRAXAS WEXLER, MARC | | |

**Content (SMS - Pager)**

Not much , but if it gets hit I'll cover us.  Not sure if they'll let us.  I'm gonna pull up left now w knucklehead

**Synopsis 1**

**Comments**

None

SMS Draft                            Linesheet - Session per Page                    User:      Michael C Braconi

| Session: | 9068 | Date: | 05/23/2014 | Classification: SMS Pertinent | Duration: 00:00:00 |
|----------|------|-------|------------|-------------------------------|---------------------|
| Monitored By: | bgco | Start Time: | 10:50:36 EDT | Complete: Completed | Direction: Incoming |
| In Digits: | 19177473899 | Associate Number: | (917) 747-3899 | Participants: AZRAK, VICTOR DISCALA, ABRAXAS | |

**Content (SMS - Pager)**

I'm in 100 at 680

**Synopsis 1**

**Comments**

None

**Linesheet - Session per Page**

| Session: | 3075 | Date: | 05/28/2014 | Classification: | SMS Pertinent | Duration: | 00:00:00 |
|----------|------|-------|------------|-----------------|---------------|-----------|----------|
| Monitored By: | bgeo | Start Time: | 10:53:48 EDT, | Complete: | Completed | Direction: | Outgoing |
| Out Digits: | 17322618430 | Associate Number: | (732) 261-8430 | Participants: | DISCALA, ABRAXAS WEXLER, MARC | | |

### Content (SMS - Pager)

Victor at 680.

### Synopsis 1

### Comments

None

**Linesheet - Session per Page**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Session:** | 9076 | **Date:** | 05/23/2014 | **Classification:** SMS Pertinent, | **Duration:** | 00:00:00 |
| **Monitored By:** | bgco | **Start Time:** | 10:54:04 EDT | **Complete:** Completed | **Direction:** | Incoming |
| **In Digits:** | 19177473899 | **Associate Number:** | (917) 747-3899 | **Participants:** AZRAK, VICTOR DISCALA, ABRAXAS | | |

### Content (SMS - Pager)

Ok I moved down to that level

### Synopsis 1

### Comments

None

EDNY-ITEN-000021656

None

| Session: | 9089 | Date: | 05/23/2014 | Classification: SMB Pertinent | Duration: | 00:00:00 |
| --- | --- | --- | --- | --- | --- | --- |
| Monitored By: | bgco | Start Time: | 10:57:27 EDT | Complete: Completed | Direction: | Incoming |
| In Digits: | 17322616430 | Associate Number: | (732) 261-6430 | Participants: DISCALA, ABRAXAS WEXLER, MARC | | |

### Content (SMS - Pager)

GREAT stuff pops. Love it. Here's where I can help
Vfin. To 6 bucks,   good to cancel

### Synopsis 1

### Comments

None

SMS Draft

**Linesheet - Session per Page**

User:    Michael C Braconi

| Session: | 9093 | Date: | 05/23/2014 | Classification: | SMS Pertinent | Duration: | 00:00:00 |
|---|---|---|---|---|---|---|---|
| Monitored By: | bgco | Start Time: | 10:59:01 EDT | Complete: | Completed | Direction: | Outgoing |
| Out Digits: | 17322816430 | Asscociate Number: | (732) 281-6430 | Participants: | DISCALA, ABRAXAS | | |
| | | | | | WEXLER, MARC | | |

**Content (SMS - Pager)**

I'm moving everyone up.

**Synopsis 1**

**Comments**

None

SMS Draft | **Linesheet - Session per Page** | User: | Michael C Braconi

| Session: | 9112 | Date: | 05/23/2014 | Classification: SMS Pertinent | Duration: | 00:00:00 |
|---|---|---|---|---|---|---|
| Monitored By: | bgco | Start Time: | 11:09:20 EDT | Complete: | Completed | Direction: Outgoing |
| Out Digits: | 17322818430 | Associate Number: | (732) 261-8430 | Participants: | DISCALA, ABRAXAS WEXLER, MARC | |

**Content (SMS - Pager)**

Dude its 701.  For 2000

**Synopsis 1**

**Comments**

None

EDNY-ITEN-000021686

None

| | | |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** 9113 | **Date:** 05/23/2014 | **Classification:** SMS Pertinent | **Duration:** 00:00:00 |
| **Monitored By:** bgco | **Start Time:** 11:09:32 EDT | **Complete:** Completed | **Direction:** incoming |
| **In Digits:** 17322616430 | **Associate Number:** (732) 261-6430 | **Participants:** DISCALA, ABRAXAS (WEXLER, MARC | |

**Content (SMS - Pager)**

I'm going 7.04 bro. 200 Hondo. Lol. This us great.

**Synopsis 1**

**Comments**

None

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 9115 | **Date:** | 05/23/2014 | **Classification:** SMS Pertinent | **Duration:** 00:00:00 |
| **Monitored By:** | bgco | **Start Time:** | 11:10:10 EDT | **Complete:** Completed | **Direction:** Incoming |
| **In Digits:** | 17322616430 | **Associate Number:** | (732) 261-6430 | **Participants:** DISCALA, ABRAXAS WEXLER, MARC | |

### Content (SMS - Pager)

I know. Knucklehead don't know what he's doing  LOL. This is great bro.

### Synopsis 1

### Comments

None

SMS Draft                          **Linesheet - Session per Page**                    User:    Michael C Braconi

| Session: | 9117 | Date: | 05/23/2014 | Classification: | SMS Pertinent | Duration: | 00:00:00 |
|---|---|---|---|---|---|---|---|
| Monitored By: | bgoo | Start Time: | 11:11:29 EDT | Complete: | Completed | Direction: | Outgoing |
| Out Digits: | 17322616430 | Associate Number: | (732) 261-6430 | Participants: | DISCALA, ABRAXAS WEXLER, MARC | | |

### Content (SMS - Pager)

I'm gonna get it all in 7 on left side
I'm 7.04 pop

### Synopsis 1

### Comments

None

SMS Draft                          **Linesheet - Session per Page**                    User:    Michael C Braconi

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Session:** | 9121 | **Date:** | 05/23/2014 | **Classification:** | SMS Pertinent | **Duration:** | 00:00:00 |
| **Monitored By:** | | **Start Time:** | 11:12:10 EDT | **Complete:** | Completed | **Direction:** | Incoming |
| **In Digits:** | 17322816430 | **Associate Number:** | (732) 281-6430 | **Participants:** | DISCALA, ABRAXAS WEXLER, MARC | | |

**Content (SMS - Pager)**

I'll hang at 7. 04. Build it around me

**Synopsis 1**

**Comments**

EDNY-ITEN-000021692