
# Info

## ITEN Bluesheets

C: » Users » Discovery » Downloads



**Protected View**

This file came from the Internet, so we opened it in a way that helps to keep your computer safe from viruses (just in case).

Don't worry—you can continue reading in this view. If you need to edit, and you trust this file, then enable editing.

Protected View Settings

Learn more about Protected View

### Properties

| | |
|---|---|
| Size | 19.9MB |
| Title | None |
| Tags | None |
| Comments | None |
| Template | |
| Status | None |
| Categories | None |
| Subject | None |
| Hyperlink Base | None |
| Company | SEC |

### Related Dates

| | |
|---|---|
| Last Modified | 12/7/2017 10:30 AM |
| Created | 2/27/2014 9:44 AM |
| Last Printed | |

### Related People

| | |
|---|---|
| Manager | None |
| Author |  brucculerid |
| Last Modified By | JMAZZELLA |

### Related Documents

 Open File Location

Show Fewer Properties