*Andrew B. Bowman*

LAW OFFICES

1804 POST ROAD EAST

*Westport, Ct 06880-5683*

TEL (203) 259-0599
FAX (203) 255-2570
andrew@andrewbowmanlaw.com

**By ECF**

February 12, 2018

The Honorable Eric N. Vitaliano
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **United States vs. Abraxas J. Discala, et al No. CR-14-399 (ENV)**
      **Proposed Juror Questionnaire**

Dear Judge Vitaliano:

    We write on behalf of Mr. Discala regarding the proposed juror questionnaire submitted by attorney Riopelle and the government and request that the attached questions be included.

    We object to question 1(b) of the government's proposed questions relating to the details of participation in a prior petit jury where there was a deadlock, to question 5 of Exhibit A to the government's submission (ECF 456-1) as well as to question 23 on the proposed juror questionnaire (ECF. No. 495) submitted by attorney Riopelle regarding secretly recorded conversations obtained by wiretap and text messages obtained by search warrant.

    We are requesting the Court to include the attached six questions which are designed to disclose whether any prospective juror has experienced, even in the absence of fraud, trading losses at the hands of a broker; whether the prospective juror harbors any ill feelings toward Wall Street in a general sense; whether the prospective juror lost his or her home

or experienced other adverse consequences as a result of the financial crisis during the years 2008 through 2014. In addition, the question of whether there is a generalized antagonism toward people in the securities industry because of the size of salaries and bonuses which are disproportionate to the earnings of most people is a material bias-related question in a securities fraud case. The attached questions are focused on the issue of bias.

The government does not object to question 5 of the proposed jury questionnaire but objects to the remaining questions.

As stated above, we object to proposed question 1(b) on the government's questionnaire (ECF No. 456-1). A question regarding the underlying details about participation in a prior jury where there was a deadlock is neither instructive nor consistent with the rule that a juror's vote on a prior jury is sacrosanct. We also object to question 5 on the government's submission (EFC No. 456-1) and to question 23 attached to attorney Riopelle's submission (ECF No. 495). There is no need for prospective jurors to be expressly advised at this stage of the proceedings that the wiretap recordings of conversations and the text messages seized pursuant to a search warrant were lawfully obtained. That instruction is a matter for the trial judge's discretion during the course of the trial.

Thank you for the Court's consideration of these requests.

Sincerely,

/s/ Andrew B. Bowman
Andrew B. Bowman

/s/TV Sjoblom     .
Thomas V. Sjoblom

cc: All counsel of record by ECF

1. Have you or someone you know ever lost money as a result of stock recommendations from a broker?

☐ Yes        ☐ No

If yes, please explain _____

_____

_____

2. Do you think the stock market is rigged against lay people and in favor of stock brokers?

☐ Yes        ☐ No

If yes, please explain _____

_____

_____

3. Did you or someone you know experience any negative effects during the financial crisis of 2008 through 2014?

☐ Yes        ☐ No

If yes, please explain _____

_____

_____

4. Did you or did someone you know lose their home or have their mortgage payments adversely affected as a result of the financial crisis of 2008 through 2014?

☐ Yes        ☐ No

If yes, please explain _____

_____

_____

5. Do you harbor any animosity or other feelings of ill-will towards people who work in the securities industry typically associated with broad notion of "Wall Street?"

☐ Yes        ☐ No

If yes, please explain _____

_____

_____

6.   Do you think people who work in the securities industry and with "Wall Street" receive unfairly large salaries or bonuses?

☐ Yes             ☐ No

If yes, please explain _____

_____

_____