SLR:BM:CSK
F.#2013R01203

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

        -v-

ABRAXAS J. DISCALA
KYLEEN CANE,

        Defendants.
- - - - - - - - - - - - - - - - X

STIPULATION AND
WAIVER OF JURY TRIAL

Cr. No. 14-399 (S-1) (ENV)

ORIGINAL

       Pursuant to Rules 23(a) and 32.2(b)(5)(A) of the Federal Rules of Criminal Procedure, the United States of America (the "Government") and the defendants, Abraxas J. Discala and Kyleen Cane, (the "Defendants") hereby agree to the following:

       1.    Each of the Defendants voluntarily, freely and without any mental reservations waives any and all rights they may have under the laws of the United States or of the Constitution of the United States to a jury trial on the Criminal Forfeiture Allegations charged in the S-1 Superseding Indictment, CR 14-399, against each of them (the "Indictment").

       2.    The Government and the Defendants agree that following the guilt phase of the criminal trial, and only after the Defendants' conviction of any of the charges in the Indictment, the forfeitablity

of any assets of the convicted Defendants shall be determined by the United States District Judge.

3. This waiver is binding on the Defendants, and the Defendants will not raise any defenses, file an appeal, or otherwise challenge any conviction, sentence, or forfeiture imposed by the Court as concerning any right that they may have to a jury trial on the Criminal Forfeiture Allegations charged in the Indictment.

4. No promises, agreements, or conditions have been entered into by the parties concerning any right the Defendants may have to a jury on the Criminal Forfeiture Allegations other than those set forth in this agreement and none will be entered into unless memorialized in writing and signed by all parties hereto.

5. To become effective, this waiver must be signed by all signatories listed below and approved by the Court.

Dated: Brooklyn, New York
       March 26, 2018

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

By: *[signature]*
SHANNON C. JONES
PATRICK HEIN
MARK BINI
CLAIRE S. KEDESHIAN
Assistant U.S. Attorneys

AGREED AND CONSENTED TO:

_____ 3-26-18
DEFENDANT, ABRAXAS J. DISCALA

APPROVED BY:

_____ 3-26-18
Charles A. Ross, Esq.
Counsel to Defendant, Abraxas J. Discala


AGREED AND CONSENTED TO:

_____
DEFENDANT, KYLEEN CANE

APPROVED BY:

_____ 3/26/18
Roland G. Riopelle, Esq.
Robert Caliendo, Esq.
Counsel to Defendant, Kyleen Cane


**SO ORDERED AND APPROVED:**

Brooklyn, New York
March    , 2018


_____
THE HONORABLE ERIC N. VITALIANO
United States District Judge
Eastern District of New York

3