# EXHIBIT A

## WIRETAP CALL TRANSCRIPT
### May 9, 2014 - 03817

PARTICIPANTS:  
   ABRAXAS DISCALA (914-255-7892)  
   MATTHEW BELL (210-380-6634)

DIRECTION: OUTGOING  
START TIME: 16:07:13 EDT  
DURATION: 00:06:17

START: 00:02:32

DISCALA: (…) you know, it's just a, it's just a joke, but we have to stay positive, stay spiritual, and I think we got some, we got some good ones coming. Got to get some news out on the Cube, which is—

BELL: Good.

DISCALA: Which is what we will.

BELL: The Cube app looks good, I got a couple Cubes made for some of our bridge clients. They're happy.

DISCALA: Good, good, good. That's why I wanted to put you in touch with these people, so you can do that, you know?

BELL: Yeah, they were like we need $750 in the future for each one. I was like these guys put in 400 grand. You can give them the Cube.

DISCALA: Yeah exactly. [BELL laughs] Exactly.

BELL: Hopefully, we'll get the cash here pretty soon. I need a little bridge cash, that's for sure.

DISCALA: No, I, I, I'm—

BELL: Lawyers are killing me, man. The lawyer reads an email it costs me 500 bucks.

DISCALA: What's that?

BELL: My lawyer reads an email, it costs me 500 bucks.

DISCALA: It's un—yeah I know, it's unbelievable. No, I'm in—I'm in the same boat. It's like crazy, and, uh—

[Handwritten annotation: OBJECT]

CUT-OFF: 00:03:29



GOVERNMENT EXHIBIT  
198-10-T-E  
14 CR 399 (S-1) (ENV)