DOCKET NUMBER: 14cr399 (ENV)       Date: 4/20/2018

CRIMINAL CAUSE FOR Jury Trial- Day 12

Date Received By Docket Clerk:_____    Docket Clerk Initials:_____

BEFORE JUDGE: ERIC N. VITALIANO       TIME IN COURT: 4 hours

DEFENDANT'S NAME             DEFENDANT'S ATTORNEY

Abraxas J. Discala           Charles Ross
                             Matthew Shroyer
                             Andrew Bowman
                             Hanwei Cheng

Kyleen Cane                  Roland Riopelle
                             Robert Caliendo

X   Present    ☐   Not Present    ☐   Custody    X   Not Custody

☐   Federal Defender    ☐   CJA    X   Retained

A.U.S.A.: Shannon Jones. Patrick Hein and Mark Bini

CASE MANAGER: William Villanueva

COURT REPORTER: Victoria Torres-Butler

INTERPRETER: n/a       LANGUAGE:

X   Witnesses called. Exhibits entered.