DOCKET NUMBER: 14cr399 (ENV)  　　　　　　　Date: 4/23/2018

CRIMINAL CAUSE FOR Jury Trial- Day 13

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

BEFORE JUDGE: ERIC N. VITALIANO   TIME IN COURT: 7 hours

DEFENDANT'S NAME      DEFENDANT'S ATTORNEY

Abraxas J. Discala    Charles Ross
                      Matthew Shroyer
                      Andrew Bowman
                      Hanwei Cheng

Kyleen Cane           Roland Riopelle
                      Robert Caliendo

X  Present    ☐  Not Present    ☐  Custody    X  Not Custody

☐  Federal Defender    ☐  CJA    X  Retained

A.U.S.A.: Shannon Jones. Patrick Hein and Mark Bini

CASE MANAGER: William Villanueva

COURT REPORTER: Denise Parisi

INTERPRETER: n/a          LANGUAGE:

X  Witnesses called. Exhibits entered.