DOCKET NUMBER: 14cr399 (ENV)　　　　　　　　Date: 5/4/2018

CRIMINAL CAUSE FOR Jury Trial and Charge Conference- Day 20 (final)

Date Received By Docket Clerk:_____　　Docket Clerk Initials:_____

BEFORE JUDGE: ERIC N. VITALIANO　　　　　　TIME IN COURT: 4 hours

| DEFENDANT'S NAME | DEFENDANT'S ATTORNEY |
|---|---|
| Abraxas J. Discala | Charles Ross<br>Matthew Shroyer<br>Andrew Bowman<br>Hanwei Cheng |
| Kyleen Cane | Roland Riopelle<br>Robert Caliendo |

X　Present　　☐　Not Present　　☐　Custody　　X　Not Custody

☐　Federal Defender　　☐　CJA　　　X　Retained

A.U.S.A.: Shannon Jones, Patrick Hein and Mark Bini

CASE MANAGER: William Villanueva

COURT REPORTER: Linda Danelczyk

X　Jurors continue deliberations
X　Jurors return with verdict
X　Cane NOT GUILTY ON ALL COUNTS
X　Discala guilty on counts 1, 2, 3, 4, 5, 6, 7 and 10. Not guilty on counts 8 and 9.