Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Eastern District of New York

Caption:

United States of America v.

Darren Goodrich

Docket No.: 14-CR-399
Hon. Eric N. Vitaliano
(District Court Judge)

Notice is hereby given that Darren Goodrich appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)
entered in this action on January 15, 2019
(date)

This appeal concerns: Conviction only [ ]  Sentence only [✓]  Conviction & Sentence [ ]  Other [ ]
Defendant found guilty by plea [✓] | trial [ ] | N/A [ ].
Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]
Date of sentence: July 12, 2018   N/A [ ]
Bail/Jail Disposition: Committed [✓]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel? Yes [✓] No [ ]   If yes, provide the following information:

Defendant's Counsel: Patrick Smith
Counsel's Address: Smith Villazor LLP
1700 Broadway, Suite 2801 New York, NY 10019
Counsel's Phone: 212-582-4400

Assistant U.S. Attorney: Shannon Jones
AUSA's Address: United States Attorney's Office - EDNY
271 Cadman Plaza East Brooklyn, NY 11201
AUSA's Phone: 718-254-6379

Signature