**MANDATE**

# United States Court of Appeals

FOR THE
SECOND CIRCUIT
—————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of April, two thousand twenty-two.

Present:
> Barrington D. Parker,
> Michael H. Park,
> Beth Robinson,
> *Circuit Judges*.

—————————————————————————————

United States of America

*Appellee*,

v.                                                                22-523

Abraxas J. Discala, AKA AJ Discala,

*Defendant-Appellant*.

—————————————————————————————

Appellant moved for bail pending his direct appeal from a judgment of conviction, and for a stay of his date of surrender to the Bureau of Prisons. Appellee opposed the motion. IT IS HEREBY ORDERED that the bail motion and the request for a stay are DENIED. *See* 18 U.S.C. § 3143(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

**MANDATE ISSUED ON 05/16/2022**